Elizabeth M. Kessel, Esq. (SBN 128206)
Scott E. Boyer, Esq. (SBN 203813)
KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057
Tel: (213) 383-2800; Fax: (213) 382-9529
Kesselaw@Kesselaw.com

Attorneys for Defendant, COUNTY OF
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL,<br><br>                    Plaintiff,<br>vs.<br><br>COUNTY OF LOS ANGELES; VICTORIA COLLIGAN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; KRISTINE AMIN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; MICHELLE LLORNES, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; JAN WILLIAMS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; ALISON WILLIS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; JOSEPH LOTTA, Individually And In His Official Capacity As A Supervisor for Los Angeles County Department Of Public Social Services/Childrens Services; VALERIE BAGGIO, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social | CASE NO. CV08-02212 DDP (Ex)<br><br>Action filed: April 3, 2008<br>Assigned to: Hon. Dean D. Pregerson<br>Courtroom: 3<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE COUNTY OF LOS ANGELES' MOTION TO DISMISS AND TO EXTEND THE TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1

Services/Childrens Services; JIM HILL, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; RICHARD GIRGADO, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; ERICA EDELMAN, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; RANDALL HARRIS, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; VALERIE STEELE, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; PATRICIA PLOEHN, Individually And In Her Official Capacity As A Director Of Los Angeles County Department Of Public Social Services/Childrens Services; and DOES 1 through 20, Inclusive,

                    Defendants.

## RECITALS

1.  The County of Los Angeles has filed a Motion to Dismiss Complaint which was set for hearing on September 8, 2008, at 10:00 a.m.

2.  Plaintiff's counsel will be engaged in trial and has asked to continue the hearing date.

3.  The next date on which both counsel are available for hearing on the Motion to Dismiss is October 6, 2006.

## STIPULATION

**IT IS THEREFORE STIPULATED** by and between plaintiff, BRIAN J. BLUNDELL, and defendant, COUNTY OF LOS ANGELES, by and through their counsel, as follows:

1.  The hearing on County of Los Angeles' Motion to Dismiss, currently set for

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE COUNTY OF LOS ANGELES' MOTION TO DISMISS AND TO EXTEND THE TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. CV08-02212 DDP (Ex)

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

September 8, 2008, at 10:00 a.m., will be continued to October 6, 2008, at 10:00 a.m. in Courtroom 3 of the above-entitled court;

2. The time for filing and serving opposing papers and reply papers to the Motion to Dismiss will be extended to fourteen (14) days and seven (7) days, respectively, preceding the new hearing date;

3. The time for defendants, JIM HILL, ERICA EDELMAN, RANDALL HARRIS, and VALERIE STEELE, to respond to plaintiff's complaint will be extended pending the hearing on the COUNTY OF LOS ANGELES' Motion to Dismiss. Said defendants will answer or otherwise respond to plaintiff's complaint within twenty (20) days of the court's ruling on the Motion to Dismiss.

Dated: August 21, 2008

KESSEL & ASSOCIATES

By: _____
ELIZABETH M. KESSEL
SCOTT E. BOYER
Attorneys for Defendant,
County of Los Angeles

Dated: August 21, 2008

LAW OFFICES OF HOWARD I. RASCH

By: _____
HOWARD I. RASCH
Attorney for Plaintiff,
Brian J. Blundell

**ORDER**

**IT IS SO ORDERED.**

Date: _____

Judge Dean D. Pregerson
Judge of the U.S. District Court

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE COUNTY OF LOS ANGELES' MOTION TO DISMISS AND TO EXTEND THE TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. CV08-02212 DDP (Ex)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 2410 Beverly Boulevard, Los Angeles, California 90010-2010. I served the foregoing document(s) described as:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON THE COUNTY OF LOS ANGELES' MOTION TO DISMISS AND TO EXTEND THE TIME FOR CERTAIN DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

by mailing said document(s) in a sealed envelope with postage fully prepaid, as follows:

a. __X__   Via facsimile to the number listed below.

b. _____   I placed the envelope(s) for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service addressed to:

Howard L. Rasch, Esq.
**LAW OFFICES OF HOWARD L. RASCH**
78-115 Calle Estado, Suite 206
La Quinta, California 92253-3919
Tel. No. (760) 564-3320
Fax No. (760) 564-3240
Attorneys for Plaintiffs

c.   Date of deposit:  August 21, 2008.

d.   Place of deposit:  Los Angeles, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| August 21, 2008 | /S/ SCOTT E. BOYER |
|---|---|
| Date | SCOTT E. BOYER |

1

PROOF OF SERVICE
CASE NO. CV08-02212 DDP (Ex)