Elizabeth M. Kessel, Esq. (SBN 128206)
Scott E. Boyer, Esq. (SBN 203813)
KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057
Tel: (213) 383-2800; Fax: (213) 382-9529
Kesselaw@Kesselaw.com

Attorneys for Defendants, COUNTY OF
LOS ANGELES, JIM HILL, ERICA EDELMAN,
RANDALL HARRIS, VALERIE STEELE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; VICTORIA COLLIGAN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; KRISTINE AMIN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; MICHELLE LLORNES, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; JAN WILLIAMS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; ALISON WILLIS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; JOSEPH LOTTA, Individually And In His Official Capacity As A Supervisor for Los | CASE NO. CV08-02212 DDP (Ex)<br><br>Action filed: April 3, 2008<br>Assigned to: Hon. Dean D. Pregerson<br>Courtroom: 3<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS UNDER CALIFORNIA CONSTITUTION, ARTICLE I, SECTION 7(a)**<br><br>[Filed concurrently with [Proposed] Order] |

1

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS UNDER CALIFORNIA CONSTITUTION,
ARTICLE I, SECTION 7(a)
CASE NO. CV08-02212 DDP (Ex)

| | |
|---|---|
| 1 | Angeles County Department Of Public Social Services/Childrens Services; VALERIE BAGGIO, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; JIM HILL, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; RICHARD GIRGADO, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; ERICA EDELMAN, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; RANDALL HARRIS, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; VALERIE STEELE, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; PATRICIA PLOEHN, Individually And In Her Official Capacity As A Director Of Los Angeles County Department Of Public Social Services/Childrens Services; and DOES 1 through 20, Inclusive, |
| | Defendants. |

Pursuant to the parties' meet and confer efforts,

**IT IS STIPULATED** by and between plaintiff, BRIAN J. BLUNDELL, and defendants, COUNTY OF LOS ANGELES, JIM HILL, ERICA EDELMAN, RANDALL HARRIS, and VALERIE STEELE, by and through their counsel, that the claims in plaintiff's

/ / /

/ / /

2

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS UNDER CALIFORNIA CONSTITUTION, ARTICLE I, SECTION 7(a)
CASE NO. CV08-02212 DDP (Ex)

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

complaint against defendants based upon a violation of California Constitution, Article I, Section 7(a) are dismissed with prejudice.

Dated: February 19, 2009        LAW OFFICES OF HOWARD L. RASCH

By: _____
    HOWARD L. RASCH
    Attorney for Plaintiff,
    Brian J. Blundell

Dated: February 19, 2009        KESSEL & ASSOCIATES

By: _____
    ELIZABETH M. KESSEL
    SCOTT E. BOYER
    Attorneys for Defendants, County of Los
    Angeles (erroneously sued as County of
    Los Angeles Dept. of Family & Children
    Services), Jim Hill, Randall Harris, Erica
    Edelman, Valerie Steele

3

STIPULATION TO DISMISS PLAINTIFF'S CLAIMS UNDER CALIFORNIA CONSTITUTION, ARTICLE I, SECTION 7(a)
CASE NO. CV08-02212 DDP (Ex)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 2410 Beverly Boulevard, Los Angeles, California 90010-2010. I served the foregoing document(s) described as:

**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS UNDER CALIFORNIA CONSTITUTION, ARTICLE I, SECTION 7(a)**

by mailing said document(s) in a sealed envelope with postage fully prepaid, as follows:

a. _____   Via overnight mail, signature requested:

b. __X__   I placed the envelope(s) for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service addressed to:

Howard L. Rasch, Esq.
**LAW OFFICES OF HOWARD L. RASCH**
78-115 Calle Estado, Suite 206
La Quinta, California 92253-3919
Tel. No. (310) 576-1200
Attorneys for Plaintiffs

c.   Date of deposit:   February 19, 2009.

d.   Place of deposit:   Los Angeles, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| February 19, 2009 | /S/ Scott E. Boyer |
|---|---|
| Date | Scott E. Boyer |

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800