Howard L. Rasch -- St. Bar No. 048517
LAW OFFICES OF HOWARD L. RASCH
78-115 Calle Estado, Suite No. 206
La Quinta, California   92253-3919
E-Mail Address:  hlraschlaw@earthlink.net
(760) 564-3320
(760) 564-3240 -- FAX
PD No. 7076

Attorneys for Plaintiff
  BRIAN J. BLUNDELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| | |
|---|---|
| BRIAN J. BLUNDELL,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES; VICTORIA COLLIGAN, Individually And In Her Official Capacity As A Social/ Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; KRISTINE AMIN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; MICHELLE LLORNES, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/ Childrens Services; JAN WILLIAMS Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; ALISON WILLIS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens Services; JOSEPH LOTTA, Individually And In His Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/Childrens | Case No. CV08-02212 DDP (Ex)<br><br>**HONORABLE DEAN D. PREGERSON**<br><br><br>PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO PROSECUTE; FAILURE TO COMPLY WITH COURT ORDER; AND INSUFFICIENT SERVICE OF PROCESS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HOWARD L. RASCH IN SUPPORT THEREOF<br><br><br><br><br><br><br><br>DATE: AUGUST 10, 2009<br>TIME: 10:00 A.M.<br>CTRM: 3<br>JUDGE: HONORABLE DEAN D.<br>    PREGERSON |

1  Services; VALERIE BAGGIO,                      )
   Individually And In Her Official               )
2  Capacity As A Social/Case Worker               )
   Of Los Angeles County Department               )
3  Of Public Social Services/                     )
   Childrens Services; JIM HILL,                   )
4  Individually And In His Official               )
   Capacity As A Deputy County                    )
5  Counsel Of Los Angeles County;                 )
   RICHARD GIRGADO, Individually And              )
6  In His Official Capacity As A                  )
   Deputy County Counsel Of Los                   )
7  Angeles County; ERICA EDELMAN,                 )
   Individually And In Her Official               )
8  Capacity As A Deputy County                    )
   Counsel Of Los Angeles County;                 )
9  RANDALL HARRIS, Individually And               )
   In His Official Capacity As A                  )
10 Deputy County Counsel Of Los                   )
   Angeles County; VALERIE STEELE,                )
11 Individually And In Her Official               )
   Capacity As A Deputy County                    )
12 Counsel Of Los Angeles County;                 )
   PATRICIA PLOEHN, Individually And              )
13 In Her Official Capacity As                    )
   Director Of Los Angeles County                 )
14 Department Of Public Social                    )
   Services/Department Of Childrens               )
15 Services; and DOES 1 through 20,               )
   Inclusive,                                     )
16                                                )
                 Defendants.                      )
17 _____           )

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# TABLE OF CONTENTS

## MEMORANDUM OF POINTS AND AUTHORITIES

PAGE(S)

MEMORANDUM OF POINTS AND AUTHORITIES . . . . . . . . .  1

I.   SUMMARY OF ARGUMENT AND FACTS  . . . . . . . . . . .  1

II.  ARGUMENT . . . . . . . . . . . . . . . . . . . . . . .  3

A.   This Action Should Not Be Dismissed Against
The DCFS Defendants Because The Delay In
Serving The Defendants Was Not Wilful And
Was Due To The Defendants And Counsel In
Intentionally Evading Service And The
Defense Counsel's Additional Failure To
Properly List The Names And Addresses Of
These Defendants Who Were Clearly Witnesses
In Support Of Defendants' Defenses In The
Initial Disclosures Which Violated Federal
Rules Of Civil Procedure  . . . . . . . . . . . .  3

B.   This Action Should Not Be Dismissed Against
The DCFS Defendants Because Plaintiff, In
Fact, Properly Served These Defendants With
The Summons And Complaint In Compliance With
Both Federal And California Law Regarding
Service Of Process  . . . . . . . . . . . . . . .  5

III. CONCLUSION . . . . . . . . . . . . . . . . . . . . . .  7

DECLARATION OF HOWARD L. RASCH . . . . . . . . . . . .  9

1

**TABLE OF AUTHORITIES**

2

3

**CASES**                                                                    **PAGE(S)**

4

5

6   A.M. Pearson v. Dennison,
      353 F.2d 24 (9th Cir. 1965) . . . . . . . . . . . . . . . . 4

7

8   Ferdik v. Bonzelet,
      963 F.2d 1258 (9th Cir. 1992) . . . . . . . . . . . . . 3, 4

9

10  Malone v. United States Postal Service,
      833 F.2d 128,
11    9 Fed. R. Serv.3d 897 (9th Cir. 1987) . . . . . . . . . 3, 4

12

13  Yourish v. California Amplifier,
      191 F.3d 983 (9th Cir. 1999) . . . . . . . . . . . . . . . . 4

14

15  **FEDERAL STATUTES**

16

17  Federal Rules of Civil Procedure, Rule 4 . . . . . . . . 7, 9

18

19  Federal Rules of Civil Procedure, Rule 4(e)(1) . . . . . . . 5

20

21  Federal Rules of Civil Procedure, Rule 26 . . . . . . . . . . 7

22  Federal Rules of Civil Procedure, Rule 41(b) . . . . . . . . 3

23

24  **STATE STATUTES**

25

26  California Code of Civil Procedure . . . . . . . . . . . . . 6

27

28  California Code of Civil Procedure, Section 415.20 . . . 5, 7

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**

**SUMMARY OF ARGUMENT AND FACTS**

The present action while having been filed on April 3, 2008, was not able to be served upon the defendant social workers who have brought the present motion.

Even prior to the filing of the Complaint, attempts were made to ascertain the address of the subject defendants as to where they could be served with process.

All attempts resulted in the failure to obtain the alleged addresses where they could be served.

The plaintiff has acted diligently in attempting to obtain the addresses as to where the defendants could be served.

The defendants and their counsel have made it virtually impossible to ascertain the addresses which defendants now claim are essential to effect proper service.

Having made numerous attempts at service at no less than four (4) offices of the Department Of Children And Family Services, the main office on Shatto Place was finally identified as the business address at which to serve all of the defendants.

As the record will reflect and the documents filed by both the plaintiff and the answering defendants will also reflect the fact that the plaintiff has complied with all pre-trial requirements having filed a Joint Discovery Plan, Initial Disclosures with complete disclosure of all possible witnesses and their addresses and service of the alleged unserved defendants on June 10, 2009.

/ / /

1   The present defendants have engaged in a course of
2   conduct that not only has been dilatory, but have engaged in a
3   concerted effort to delay service of process by evading tactics
4   which defense counsel now uses to support this Motion To Dismiss
5   For Failure To Prosecute And Violation Of The Scheduling Order.

6   The plaintiff did engage in discovery although it did
7   not send out an interrogatory asking for the addresses of each
8   defendant social worker.  It was believed that such discovery
9   would have been non-productive as the Initial Disclosures served
10  by defendants not only failed to list addresses for any of the
11  defendants named, and answered, but even omitted to even name the
12  seven (7) defendants who have now been served with process.

13  Throughout these proceedings, I requested that defense
14  counsel either accept service for these defendants and/or provide
15  the addresses where they could be served.  Both requests have
16  been denied and/or merely ignored.  In other cases involving
17  county employees, defense counsel have accepted service so as not
18  to delay the progression of the case.

19  The defendants argue that they have been prejudiced by
20  the delay and yet the cause of the delay rests with them, which
21  should thereby estop them from even raising the issue.

22  The plaintiff has prosecuted this action with diligence
23  and has not failed to prosecute; has not failed to comply with
24  the Scheduling Order and the service of process was sufficient in
25  accordance with applicable Federal and State Rules.

26  / / /
27  / / /
28  / / /

## II.

### ARGUMENT

A.   **This Action Should Not Be Dismissed Against The DCFS Defendants Because The Delay In Serving The Defendants Was Not Wilful And Was Due To The Defendants And Counsel In Intentionally Evading Service And The Defense Counsel's Additional Failure To Properly List The Names And Addresses Of These Defendants Who Were Clearly Witnesses In Support Of Defendants' Defenses In The Initial Disclosures Which Violated Federal Rules Of Civil Procedure**

While _Federal Rules of Civil Procedure_, Rule 41(b) provides that a defendant may move for dismissal for failure to prosecute or to comply with court orders, the long line of cases interpreting this Rule, including all of the cases cited by defendants make it abundantly clear that the delay and failure to comply with a court order must be wilful.

All of the cases cited by the defendants discuss the five (5) factors which are to be considered by the Court in deciding the Motion To Dismiss.   The factors are:   (1) The public's interest in expeditious resolution of litigation; (2) The court's need to manage its docket; (3) The risk of prejudice to the defendants; (4) The public policy favoring of cases on their merits; and (5) The availability of less drastic measures.   _Malone v. United States Postal Service_, 833 F.2d 128, 9 Fed. R. Serv.3d 897 (9th Cir. 1987); _Ferdik v. Bonzelet_, 963

1  F.2d 1258 (9th Cir. 1992); <u>Yourish v. California Amplifier</u>, 191

2  F.3d 983 (9th Cir. 1999); and <u>A.M. Pearson v. Dennison</u>, 353 F.2d

3  24 (9th Cir. 1965).

4  Although in the <u>Malone</u>, <u>Ferdik</u> and <u>Yourish</u> cases,

5  dismissal was affirmed, the facts in each are substantially

6  different than the facts in the case at bar. In those cases the

7  party was held to have wilfully failed to prosecute the case

8  and/or had wilfully violated court orders causing prejudice to

9  the defendants.

10  In the <u>A.M. Pearson</u> case, the court held that there was

11  evasion of service by defendants and the appellate court reversed

12  the dismissal as to these defendants.

13  The facts in this action do not support any conclusion

14  that the alleged actions of plaintiff has been intentional and

15  wilful in order to delay the progress of this case.

16  The plaintiff has not acted, in any way, to delay this

17  action. The defendants, however, have engaged in a pattern of

18  evasion which has seriously interfered with the progress of this

19  case and should not now be permitted to argue that the delay

20  caused by them is to be imputed to plaintiff.

21  The facts are clear that the defendants have refused to

22  disclose the alleged business addresses where they could be

23  served, and in fact, have completely failed to indicate under

24  what authority they can designate what office of DCFS where each

25  can be properly served.

26  The plaintiff has proceeded with due diligence at every

27  stage of this proceeding which is the exact opposite of the

28  actions of defendants.

1  As to the claimed prejudice to the defendants, the
2  defendants who have answered actually were persons intricately
3  involved in the actions which form the basis of the Complaint.
4  These defendants have propounded extensive discovery which
5  consists of the same set of interrogatories to all defendants and
6  these same interrogatories would have been addressed to the many
7  parties and the same facts would have been elicited.

8  Since no prejudice was alleged at the Scheduling
9  Conference by defendants, the additional time to serve the other
10  defendant social workers did not cause any prejudice to the
11  plaintiff. There is still sufficient time to conduct discovery
12  to these defendants and unless the defendants cause further delay
13  by their tactics, a continuance of the trial date will not be
14  required.

15  B.   **This Action Should Not Be Dismissed Against**
16       **The DCFS Defendants Because Plaintiff, In**
17       **Fact, Properly Served These Defendants With**
18       **The Summons And Complaint In Compliance With**
19       **Both Federal And California Law Regarding**
20       **Service Of Process**

21  The <u>Federal Rules of Civil Procedure</u>, Rule 4(e)(1)
22  provides that service of the summons and complaint may be served
23  in accordance with California State Law.

24  Pursuant to the <u>California Code of Civil Procedure</u>,
25  Section 415.20 service of process can be accomplished in lieu of
26  personal service by substituted service which
27  requires: (1) Leaving a copy of the summons and complaint during
28  usual office hours in his or her office, at his or her usual

1    mailing address, with a person apparently in charge of the
2    office; and (2) Thereafter mailing a copy of the summons and
3    complaint by first-class mail, postage pre-paid to the person to
4    be served at the place where a copy of the summons and complaint
5    were left.

6         The facts requiring service by substituted service in
7    compliance with the California Code of Civil Procedure, have
8    already been enumerated in the Declaration of Howard L. Rasch and
9    the attached Exhibits thereto, which all reflect the fact that
10   there was no manner in which the defendants could be served at
11   their respective homes. As to personal service being effected,
12   since these social workers do not necessarily remain at any
13   one (1) location during their entire employment and therefore it
14   would appear that the best business address to serve them would
15   be the main office for DCFS to ensure that the defendants would,
16   in fact, receive the summons and complaint, which in fact has
17   been verified by the mere fact that they have responded to the
18   service of the summons and complaint by substituted service.
19   Thus, the defendants each have actual notice of the action.

20        After many attempts over an extended period of time to
21   personally serve the defendants, and not being able to ascertain
22   there location on a day-to-day basis, which could, in fact, vary
23   from day-to-day, and based upon the information give to the
24   process servers that the defendants should be served at the main
25   office of DCFS at 425 Shatto Place, Los Angeles, the defendants
26   were served by substituted service after many attempts were made
27   to serve them personally.

28   / / /

1     All requirements set forth in <u>California Code of Civil
2  Procedure</u>, Section 415.20 have been complied with and therefore
3  substituted service was properly performed and was effective and
4  thus was also in compliance with <u>Federal Rules of Civil
5  Procedure</u>, Rule 4.

6     The failure of the defense to comply with <u>Federal Rules
7  of Civil Procedure</u>, Rule 26, by not listing all of these
8  defendant social workers as witnesses in support of their case
9  and their addresses, and the continued refusal of counsel to
10 accept service or to provide the addresses for service are the
11 sole cause of delay and defendants cannot now complain about the
12 time and/or the manner of service.

13                              **III.**

14                           **CONCLUSION**

15     The facts supporting the denial of this Motion are
16 substantial and clearly substantiate the reasons given to deny
17 this Motion and permit the matter to proceed forward in
18 accordance with the present Scheduling Order.

19     The Points And Authorities which have been cited, while
20 setting forth the factors to be considered, also support the
21 position of the plaintiff as the delay was not intentional nor
22 wilful and was not done to delay the progress of this litigation.
23 Quite the contrary, a review of the Docket and the documents
24 filed by the plaintiff make it abundantly clear that plaintiff
25 has attempted to comply with all rules, procedures and orders.
26 / / /
27 / / /
28 / / /

1          For all of these reasons, the Motion of defendants

2    should be denied and the defendants be ordered to answer the

3    Complaint.

4

5    DATED:   July 28, 2009          Respectfully submitted,

6                                    HOWARD L. RASCH
                                     LAW OFFICES OF HOWARD L. RASCH

7

8

9

10

11   By:

12         Howard L. Rasch
           Attorneys for Plaintiff
13         BRIAN J. BLUNDELL

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF HOWARD L. RASCH

I, HOWARD L. RASCH, declare as follows:

1.    I am an attorney at law, duly licensed to practice law before all Courts of the State of California and duly admitted to practice law in the United States District Court, Central District of California.

I have been and am the attorney for the plaintiff herein, and as such, have personal knowledge of the facts and circumstances involved, and if called to testify as a witness, I would and could do so competently thereto.

2.    Even prior to the filing of the Summons and Complaint, attempts were made to ascertain the appropriate address for service of process on the defendants social workers by contacting the various county departments where the defendants were allegedly employed, to wit:  The Department Of Children And Family Services (hereinafter "DCFS") and the County Counsel's main offices and the Los Angeles County Clerks Office.

I personally made contact with these offices and was informed that they were not able to give the business address for the individual defendant social workers as they did not have access to such information.

However, as to County Counsel, and of course the County, they were able to tell us the addresses for them and thus the County and all of County Counsel defendants were served timely in accordance with Federal Rules of Civil Procedure, Rule 4.

/ / /

1   Enclosed herewith, marked Exhibit "A" are the return of
2   no service and affidavits of reasonable diligence as to Alison
3   Willis, Victoria Colligan, Kristine Amin, Michelle L. Llornes,
4   Jan Williams, Valerie Baggio and Joseph Lotta.

5   Such affidavits reflect that attempts were made to
6   serve these party defendants in July 2008 which could not be
7   accomplished as they allegedly had to be served at their business
8   address which was not ascertained by the plaintiff when attempted
9   services were made.

10   3.   Over the next several months, I made several
11   requests of defense counsel to accept service on behalf of the
12   subject defendants who were employed by the County, but to no
13   avail as he refused to accept service and also did not provide
14   addresses where they could be served, which further delayed the
15   progression of the case.

16   4.   Even in the Initial Disclosures, served upon this
17   office on or about January 20, 2009 by defendants, failed not
18   only to list the addresses of the defendants who had responded,
19   but failed to even list the defendant social workers as witnesses
20   in support of the defendants' defenses.

21   Further, there is no entry in the Court's Docket that
22   the County filed the Initial Disclosures.

23   A review of the Initial Disclosures by defendants,
24   although it at least named the defendants who had filed answers
25   to the Complaint refused to list any address where they could be
26   reached and merely stated that the witness (defendant) could "be
27   contacted through counsel."

28   / / /

1   This would have been the same response even if the

2   Initial Disclosures had listed the names of the subject social

3   workers.

4   Attached hereto, marked Exhibit "B" is the Initial

5   Disclosures served (but apparently not filed) by defendant County

6   and defendant County Counsel and by this reference made a part

7   hereof.

8   5.   The   defendants   were   so   concerned   with   an

9   expeditious progression of this matter that they filed a Rule 12

10   Motion To Dismiss which was essentially denied by this Court on

11   November 6, 2008, after the hearing had been continued by the

12   defendants on two (2) occasions, thus prolonging the matter

13   further from becoming "at issue."

14   6.   The last answer by defendants who had been served

15   in 2008 was not filed until November 26, 2008.

16   7.   In   accordance   with   the   Scheduling   Order   of

17   February 2, 2009, the plaintiff filed its fifteen (15) page

18   Initial Disclosures which not only listed the witnesses, but also

19   their addresses and telephone numbers.

20   The Initial Disclosures also listed and provided copies

21   of 5085 relevant documents to defendants and their counsel.

22   Attached hereto, marked Exhibit "C" is a copy of the

23   Plaintiff's Initial Disclosures filed as Document 34 on the

24   Docket and by this reference made a part hereof.

25   8.   Prior to November 6, 2008, when the Order was

26   issued denying substantially the Motion To Dismiss filed by the

27   / / /

28   / / /

1  defendants who had been served, attempts were made to ascertain
2  the addresses of the social workers of DCFS where they allegedly
3  worked.

4           9.     The main office of DCFS was contacted and even
5  though I spoke to various persons, including a person in a
6  managerial position, they indicated that they did not know what
7  specific office defendant social workers were working out of but
8  suggested we contact the office in Canyon Country which is the
9  office which apparently generated the initial Juvenile Petitions.

10          10.    Based on this information, attempts were made to
11  serve process at the Canyon Country office.  However, employees
12  at this facility informed the process server that the defendant
13  social workers were not at the Canyon Country address but to try
14  the Panorama City Office.

15          11.    Again service of process was attempted at the
16  Panorama City office and again the process server was told that
17  they social workers were not at this location, and that the
18  process server should try the Monterey Park office.

19          12.    The process server then attempted to serve process
20  at the Monterey Park office who refused service, but did not deny
21  the social workers worked out of that office, but referred the
22  process server to the DCFS main office at 425 Shatto Place, Los
23  Angeles, California.

24          13.    Finally, on June 3, 2009, having tried again to
25  serve process since March 17, 2009, the process server went to
26  the DCFS office at 425 Shatto Place, Los Angeles, California, and
27  tried to serve the Summons and Complaint on each defendant social
28  worker.

The process server was told that the person authorized to accept service was not present and to come back another day.

On June 8, 2009, the process server attempted service of process again at the Shatto Place address and was again told that the person authorized to accept service was out to lunch, but that the person authorized, Michelle Victor, would be back.

14. The process server returned on June 10, 2009 and served Michelle Victor who had been identified as the person authorized to accept service of process for these defendants.

The process server served the Summons and Complaint by substituted service by serving each of the defendants including Victoria Colligan, Kristine Amin, Michelle Llornes, Jan Williams, Alison Willis, Joseph Lotta and Valerie Baggio.

Attached hereto, marked Exhibit "D," are the Proofs Of Service as to each DCFS defendant and the accompanying Affidavit Of Reasonable Diligence, and by this reference, made a part hereof.

The Summons and Complaint was then mailed to each defendant at 425 Shatto Place, Los Angeles, California, in order to complete the requirements of substituted service.

Reference is made to the Proofs Of Service completing substituted service, attached hereto, marked Exhibit "E" and by this reference, made a part hereof.

15. The facts show that the subject defendants and counsel were, in essence, engaging in conduct which can only be identified as "delaying tactics" in making it almost impossible to effect service on these defendants.

/ / /

16.   Prior to receiving the present motion, which was not received until July 24, 2009, there was what was referred to a "Meet And Confer" on or about June 9, 2009, wherein I stated to counsel for defendants the evasive and intentional "wild goose chases" employees of DCFS were engaging in with the process servers which prevented service of process prior to June 10, 2009.

I also reminded him of his failure to list these defendants as witnesses on the Initial Disclosures with their addresses and also referred to my several requests to provide addresses for service of process, since he had continuously refused to accept service and file a responsive pleading on their behalf.

In response to his request to voluntarily dismiss these defendants, I stated that I would not agree to dismiss these defendants since any delay in service of process was due to the dilatory tactics by counsel and DCFS.

17.   The defendants who were able to be served prior to the scheduling conference have engaged in extensive discovery and continue to do so.   And while the defendants who have just been served are the moving parties, the discovery conducted to date clearly involves all of the defendants in the same fact scenarios and thus all information obtained by the defendants who have answered is essentially the same information which also refers to the present defendants who have filed this Motion.

/ / /

/ / /

/ / /

18.   It should also be noted that the plaintiff has had to expend over $1,500.00 to locate the defendants, attempt to serve the defendants and ultimately serve these defendants who are now specially appearing on the present Motion.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

EXECUTED this 28th day of July, 2009, at La Quinta, California.

HOWARD L. RASCH -- DECLARANT

LAW OFFICES OF
HOWARD L. RASCH

BLU2.OMD

OPPOSITION TO
MOTION TO DISMISS

**EXHIBIT A**

| | | | | For Court Use Only |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | |
| | | *Ref. No or File No.:* | | |
| *Telephone No:* 564-3320 | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | | | | |
| *Plaintiff:* COUNTY OF LOS ANGELES | | | | |
| *Defendant:* BLUNDELL | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV0802212DDPEX |

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VICTORIA COLLIGAN as follows:

2. *Documents:*    SUMMONS; COMPLAINT: CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Per Bruce Crouchet, The Subject Does Not Work At This Building And He Does Not Have Subject'S Location. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:07pm | Business | Returned Not Served on: VICTORIA COLLIGAN Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   **b. AMERICAN LEGAL SERVICES**
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d. The Fee for service was:*
*e. I am:* (3) registered California process server
   (i)   Employee
   (ii) *Registration No.:*   3428
   (iii) *County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

⊕ *Date:* Wed, Jul. 30, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**      (ENRIQUE MENDEZ)     rasch.57316



EXHIBIT " A ,. 1

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 564-3320 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | |
| Plaintiff: COUNTY OF LOS ANGELES | | | | |
| Defendant: BLUNDELL | | | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV0802212DDPEX |
|---|---|---|---|---|

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KRISTINE AMIN as follows:

2. **Documents:** SUMMONS; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:50pm | Business | Returned Not Served on: KRISTINE AMIN Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. **Person Executing**
   a. ENRIQUE MENDEZ
   b. **AMERICAN LEGAL SERVICES**
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
**d. The Fee** for service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 3428
   (iii) County: Los Angeles

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

⊕ Date: Wed, Jul. 30, 2008     **AFFIDAVIT OF REASONABLE DILIGENCE**     (ENRIQUE MENDEZ)     rasch.57317



EXHIBIT _A_ _2_

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | For Court Use Only |
|---|---|---|---|
| Telephone No: 564-3320 | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | |
| Plaintiff: COUNTY OF LOS ANGELES<br>Defendant: BLUNDELL | | | |

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV0802212DDPEX |
|---|---|---|---|---|

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MICHELLE L. LORNES as follows:

2. *Documents:* SUMMONS; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:39pm | Business | Returned Not Served on: MICHELLE L. LORNES Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   b. **AMERICAN LEGAL SERVICES**
   225 S. CIVIC DRIVE, Registration # 736
   SUITE 2-16
   Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   (i) Employee
   (ii) Registration No.: 3428
   (iii) County: Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

✝ *Date:* Wed, Jul. 30, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**      (ENRIQUE MENDEZ)    rasch.57318

EXHIBIT " A , . 3

| *Attorney or Party without Attorney:*<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| | | *Ref. No or File No.:* | | | |
| *Telephone No:* 564-3320 | | | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | | | | | |
| *Plaintiff:* COUNTY OF LOS ANGELES | | | | | |
| *Defendant:* BLUNDELL | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | *Hearing Date:* | | *Time:* | *Dept/Div:* | *Case Number:*<br>CV0802212DDPEX |

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JAN WILLIAMS as follows:

2. *Documents:* SUMMONS; COMPLAINT: CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | **R e s u l t s** |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:51pm | Business | Returned Not Served on: JAN WILLIAMS Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   **b. AMERICAN LEGAL SERVICES**
   225 S. CIVIC DRIVE, Registration # 736
   SUITE 2-16
   Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.* **The Fee** *for service was:*
*e. I am:* (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 3428
   *(iii) County:* Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date:* Wed, Jul. 30, 2008     **AFFIDAVIT OF REASONABLE DILIGENCE**    (ENRIQUE MENDEZ)    rasch.57319



EXHIBIT " A , 4

| | | | | For Court Use Only |
|---|---|---|---|---|

*Attorney or Party without Attorney:*
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO, STE. 206
LA QUINTA, CA 92253

*Ref. No or File No.:*

*Telephone No:* 564-3320

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District Of California

*Plaintiff:* COUNTY OF LOS ANGELES

*Defendant:* BLUNDELL

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV0802212DDPEX |
|---|---|---|---|---|

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant ALISON WILLIS as follows:

2. *Documents:*   SUMMONS; COMPLAINT: CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | **Results** |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:49pm | Business | Returned Not Served on: ALISON WILLIS Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   **b. AMERICAN LEGAL SERVICES**
   225 S. CIVIC DRIVE, Registration # 736
   SUITE 2-16
   Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
    *(i)* Employee
    *(ii) Registration No.:*   3428
    *(iii) County:*   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

☩ *Date:* Wed, Jul. 30, 2008

**AFFIDAVIT OF REASONABLE DILIGENCE**

(ENRIQUE MENDEZ)

rasch.57320



EXHIBIT "_A_" _5_

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | *For Court Use Only* |

| | *Ref. No or File No.:* | |
|---|---|---|
| *Telephone No:* 564-3320 | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District Of California

*Plaintiff:* COUNTY OF LOS ANGELES

*Defendant:* BLUNDELL

| **AFFIDAVIT OF REASONABLE DILIGENCE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV0802212DDPEX |
|---|---|---|---|---|

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSEPH LOTTA as follows:

2. *Documents:* SUMMONS; COMPLAINT: CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:37pm | Business | Returned Not Served on: JOSEPH LOTTA Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   **b. AMERICAN LEGAL SERVICES**
   225 S. CIVIC DRIVE, Registration # 736
   SUITE 2-16
   Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
*d.. The Fee for service was:*
*e. I am:* (3) registered California process server
    (i) Employee
    (ii) *Registration No.:*    3428
    (iii) *County:*    Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

✠ *Date:* Wed, Jul. 30, 2008      **AFFIDAVIT OF REASONABLE DILIGENCE**    (ENRIQUE MENDEZ)    rasch.57321

EXHIBIT " A ", 6

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | | For Court Use Only: |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Telephone No: 564-3320 | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District Of California | | | | | |
| Plaintiff: COUNTY OF LOS ANGELES | | | | | |
| Defendant: BLUNDELL | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>CV0802212DDPEX |

1. I, ENRIQUE MENDEZ, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VALERIE BAGGIO as follows:

2. *Documents:*   SUMMONS; COMPLAINT: CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/22/08 | 11:35am | Business | Subject Must Be Served At His/Her Work Place. Per Bruce Crouchet, The Subject Doesn'T Work At This Building. He Does Not Know Where Subject Works. Attempt Made By: Enrique Mendez. Attempt At: Clerk Of The Board 500 West Temple, Room 383 Los Angeles Ca. 90012. |
| Wed | 07/30/08 | 3:53pm | Business | Returned Not Served on: VALERIE BAGGIO Business - CLERK OF THE BOARD 500 WEST TEMPLE, ROOM 383 LOS ANGELES, CA. 90012 |

3. *Person Executing*
   a. ENRIQUE MENDEZ
   b. **AMERICAN LEGAL SERVICES**
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:* (3) registered California process server
   *(i)* Employee
   *(ii) Registration No.:* 3428
   *(iii) County:* Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

**AFFIDAVIT OF REASONABLE DILIGENCE**   (ENRIQUE MENDEZ)   rasch.57322

EXHIBIT " A " ... 7

**EXHIBIT B**

1  Elizabeth M. Kessel, Esq. (SBN 128206)
   Scott E. Boyer, Esq. (SBN 203813)
2  KESSEL & ASSOCIATES
   2410 Beverly Boulevard
3  Los Angeles, California 90057
   Tel: (213) 383-2800; Fax: (213) 382-9529
4  Kesselaw@Kesselaw.com

5  Attorneys for Defendants, COUNTY OF
   LOS ANGELES, JIM HILL, ERICA EDELMAN,
6  RANDALL HARRIS, VALERIE STEELE

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  BRIAN J. BLUNDELL,                          ) CASE NO. CV08-02212 DDP (Ex)
                                                )
12                    Plaintiff,                ) Action filed: April 3, 2008
                                                )
13        vs.                                   ) Assigned to:  Hon. Dean D. Pregerson
                                                ) Courtroom:  3
14  COUNTY OF LOS ANGELES,                      )
                                                )
15  ███████, Individually And In Her Official   ) **INITIAL DISCLOSURES OF**
    Capacity As A Social/Case Worker Of Los     ) **DEFENDANTS, COUNTY OF LOS**
16  Angeles County Department Of Public Social  ) **ANGELES, JIM HILL, ERICA**
    Services/Childrens Services; ███████        ) **EDELMAN, RANDALL HARRIS,**
17  Individually And In Her Official Capacity As A ) **AND VALERIE STEELE,**
18  Social/Case Worker Of Los Angeles County    ) **PURSUANT TO F.R.C.P. 26(a)**
    Department Of Public Social Services/Childrens )
19  Services; ███████ Individually              )
20  And In Her Official Capacity As A Social/Case )
    Worker Of Los Angeles County Department Of  )
21  Public Social Services/Childrens Services ███ )
22  ███████ Individually And In Her Official     )
    Capacity As A Supervisor For Los Angeles    )
23  County Department Of Public Social          )
24  Services/Childrens Services; ███████        )
25  Individually And In Her Official Capacity As A )
    Supervisor For Los Angeles County Department )
26  Of Public Social Services/Childrens Services; )
27  ███████ Individually And In His             )
    Official Capacity As A Supervisor for Los   )

**EXHIBIT " B ,   1**

28

1

INITIAL DISCLOSURES OF DEFENDANTS, COUNTY OF LOS ANGELES, JIM HILL, ERICA
EDELMAN, RANDALL HARRIS, AND VALERIE STEELE, PURSUANT TO F.R.C.P. 26(a)
CASE NO. CV08-02212 DDP (Ex)

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

1  Angeles County Department Of Public Social
   Services/Childrens Services ▓▓▓▓▓▓                                    )
2  ▓▓▓▓▓ Individually And In Her Official                                )
3  Capacity As A Social/Case Worker Of Los                              )
   Angeles County Department Of Public Social                           )
4  Services/Childrens Services; JIM HILL,                                )
5  Individually And In His Official Capacity As A                        )
   Deputy County Counsel of Los Angeles County;                         )
6  RICHARD GIRGADO, Individually And In His                             )
7  Official Capacity As A Deputy County Counsel                         )
   of Los Angeles County; ERICA EDELMAN,                                )
8  Individually And In Her Official Capacity As A                       )
9  Deputy County Counsel of Los Angeles County;                         )
   RANDALL HARRIS, Individually And In His                              )
10 Official Capacity As A Deputy County Counsel                         )
11 of Los Angeles County; VALERIE STEELE,                               )
   Individually And In Her Official Capacity As A                       )
12 Deputy County Counsel of Los Angeles County;                         )
13 PATRICIA PLOEHN, Individually And In Her                             )
   Official Capacity As A Director Of Los Angeles                       )
14 County Department Of Public Social                                   )
15 Services/Childrens Services; and DOES 1                              )
   through 20, Inclusive,                                               )
16                                                                       )
17 _____Defendants._____                          )

18

19        Pursuant to F.R.C.P. 26(a), defendants, COUNTY OF LOS ANGELES, JIM HILL,

20 ERICA EDELMAN, RANDALL HARRIS, and VALERIE STEELE ("Disclosing

21

22 Defendants") make the following initial disclosures:

23 I.     **PERSONS WITH DISCOVERABLE INFORMATION – F.R.C.P. 26(A)(1)(A)**

24

25        Disclosing Defendants submit the following names of persons who are likely to

26 have discoverable information that bears on the defenses used in the above-referenced

27 lawsuit other than those witnesses used solely for impeachment purposes.  The following

28

                                        EXHIBIT " B . . 2

                                        2

INITIAL DISCLOSURES OF DEFENDANTS, COUNTY OF LOS ANGELES, JIM HILL, ERICA
EDELMAN, RANDALL HARRIS, AND VALERIE STEELE, PURSUANT TO F.R.C.P. 26(a)
CASE NO. CV08-02212-DDP (Ex)

is based on information reasonably available to Disclosing Defendants.   Disclosing

Defendants will supplement and/or correct this information pursuant to F.R.C.P.

1.   Brian J. Blundell- Plaintiff, current address and telephone number unknown.
It is believed that plaintiff possesses information relevant to the allegations and damages
claims.

2.   Jim Hill- Deputy County Counsel, County of Los Angeles, Office of the
County Counsel. The witness can be contacted through counsel. The witness is expected
to have information regarding his defenses.

3.   Erica Edelman- Deputy County Counsel, County of Los Angeles, Office of
the County Counsel. The witness can be contacted through counsel. The witness is
expected to have information regarding her defenses.

4.   Randall Harris- Deputy County Counsel, County of Los Angeles, Office of
the County Counsel. The witness can be contacted through counsel. The witness is
expected to have information regarding his defenses.

5.   Valerie Steele- Deputy County Counsel, County of Los Angeles, Office of
the County Counsel. The witness can be contacted through counsel.   The witness is
expected to have information regarding her defenses.

/ / /

/ / /

EXHIBIT " B , . 3

INITIAL DISCLOSURES OF DEFENDANTS, COUNTY OF LOS ANGELES, JIM HILL, ERICA
EDELMAN, RANDALL HARRIS, AND VALERIE STEELE, PURSUANT TO F.R.C.P. 26(a)

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2300

## II.    DOCUMENTS, DATA COMPILATIONS, TANGIBLE THINGS – F.R.C.P. 26(A)(1)(B)

At this time, Disclosing Defendants are able to describe the following documents which they may use to support their defenses in the above-referenced lawsuit other than those documents used solely for impeachment purposes. The following is based on information reasonably available to Disclosing Defendants. Disclosing Defendants will supplement and/or correct this information pursuant to F.R.C.P.

The Disclosing Defendants intend to use the juvenile case records of the plaintiff's children, B.M., N.B., and C.M. At this time, the records have not been released to Disclosing Defendants by the juvenile court.

## III.    LIABILITY INSURANCE – F.R.C.P. 26(A)(1)(D)

At this time, Disclosing Defendants are unaware of any liability insurance policy that may be used to satisfy a potential judgment.

Dated: January 20, 2009                    KESSEL & ASSOCIATES

By: _____
    ELIZABETH M. KESSEL
    SCOTT E. BOYER
    Attorneys for Defendants, County of Los
    Angeles (erroneously sued as County of Los
    Angeles Dept. of Family & Children Services),
    Jim Hill, Randall Harris, Erica Edelman,
    Valerie Steele

EXHIBIT " B .. 4

KESSEL & ASSOCIATES
2401 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

4

INITIAL DISCLOSURES OF DEFENDANTS, COUNTY OF LOS ANGELES, JIM HILL, ERICA EDELMAN, RANDALL HARRIS, AND VALERIE STEELE, PURSUANT TO F.R.C.P. 26(a)

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 2410 Beverly Boulevard, Los Angeles, California 90010-2010.  I served the foregoing document(s) described as:

**INITIAL DISCLOSURES OF DEFENDANTS, COUNTY OF LOS ANGELES, JIM HILL, ERICA EDELMAN, RANDALL HARRIS, AND VALERIE STEELE, PURSUANT TO F.R.C.P. 26(a)**

by mailing said document(s) in a sealed envelope with postage fully prepaid, as follows:

a. ___X___       Via overnight mail, signature requested:

b. _____       I placed the envelope(s) for collection and processing for mailing following this business' ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service addressed to:

Howard L. Rasch, Esq.
**LAW OFFICES OF HOWARD L. RASCH**
78-115 Calle Estado, Suite 206
La Quinta, California 92253-3919
Tel. No. (310) 576-1200
Attorneys for Plaintiffs

c.    Date of deposit:  January 20, 2009

d.    Place of deposit:  Los Angeles, California

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

January 20, 2009
Date                                                      Sara Bruno


EXHIBIT " B ... 5

PROOF OF SERVICE

1

*Left margin, vertical text:*
KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

**EXHIBIT  C**

1  Howard L. Rasch -- St. Bar No. 048517
   LAW OFFICES OF HOWARD L. RASCH
2  78-115 Calle Estado, Suite No. 206
   La Quinta, California   92253-3919
3  E-Mail Address:  hlrasch@earthlink.net
   (760) 564-3320
4  (760) 564-3240 -- FAX
   PD No. 7076
5
   Attorneys for Plaintiff
6    BRIAN J. BLUNDELL

7

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

10  BRIAN J. BLUNDELL,                  )   **Case No. CV08-02212 DDP (Ex)**
                                        )
11            Plaintiff,                )
                                        )
12       vs.                            )
                                        )
13  COUNTY OF LOS ANGELES; VICTORIA     )
    COLLIGAN, Individually And In Her   )
14  Official Capacity As A Social/      )
    Case Worker Of Los Angeles County   )
15  Department Of Public Social         )   INITIAL DISCLOSURES BY
    Services/Childrens Services;        )   PLAINTIFF
16  KRISTINE AMIN, Individually And     )
    In Her Official Capacity As A       )
17  Social/Case Worker Of Los Angeles   )
    County Department Of Public         )
18  Social Services/Childrens           )
    Services; MICHELLE LLORNES,         )
19  Individually And In Her Official    )
    Capacity As A Social/Case Worker    )
20  Of Los Angeles County Department    )
    Of Public Social Services/          )
21  Childrens Services; JAN WILLIAMS    )
    Individually And In Her Official    )
22  Capacity As A Supervisor For Los    )   JUDGE:   HONORABLE DEAN D.
    Angeles County Department Of        )            PREGERSON
23  Public Social Services/Childrens    )
    Services; ALISON WILLIS,            )
24  Individually And In Her Official    )
    Capacity As A Supervisor For Los    )
25  Angeles County Department Of        )
    Public Social Services/Childrens    )
26  Services; JOSEPH LOTTA,             )
    Individually And In His Official    )
27  Capacity As A Supervisor For Los    )
    Angeles County Department Of        )
28  Public Social Services/Childrens    )

LAW OFFICES OF
HOWARD L. RASCH

EXHIBIT " C .    1
INITIAL DISCLOSURES BY PLAINTIFF

1  Services; VALERIE BAGGIO,                )
   Individually And In Her Official         )
2  Capacity As A Social/Case Worker         )
   Of Los Angeles County Department         )
3  Of Public Social Services/               )
   Childrens Services; JIM HILL,            )
4  Individually And In His Official          )
   Capacity As A Deputy County              )
5  Counsel Of Los Angeles County;           )
   RICHARD GIRGADO, Individually And        )
6  In His Official Capacity As A            )
   Deputy County Counsel Of Los             )
7  Angeles County; ERICA EDELMAN,           )
   Individually And In Her Official          )
8  Capacity As A Deputy County              )
   Counsel Of Los Angeles County;           )
9  RANDALL HARRIS, Individually And         )
   In His Official Capacity As A            )
10 Deputy County Counsel Of Los             )
   Angeles County; VALERIE STEELE,          )
11 Individually And In Her Official          )
   Capacity As A Deputy County              )
12 Counsel Of Los Angeles County;           )
   PATRICIA PLOEHN, Individually And        )
13 In Her Official Capacity As              )
   Director Of Los Angeles County           )
14 Department Of Public Social              )
   Services/Department Of Childrens         )
15 Services; and DOES 1 through 20,         )
   Inclusive,                               )
16                                          )
           Defendants.                      )
17 _____)

18         Pursuant   to   Federal   Rules   of   Civil   Procedure,

19 Rule 26(a), the plaintiff hereby makes the following disclosures:

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

EXHIBIT " _C_ , . _2_

1    1.   **WITNESSES**:

2         The plaintiff, Brian J. Blundell, at present, believes

3    that the following witnesses have knowledge of facts supporting

4    one (1) or more of the material allegations of the Complaint

5    and/or rebutting the material allegations been made by the

6    respective defendants:

7              a.   Brian J. Blundell;

8              b.   Victoria Colligan;

9              c.   Kristine Amin

10             d.   Michelle Llornes;

11             e.   Jan Williams;

12             f.   Alison Willis;

13             g.   Joseph Lotta;

14             h.   Valerie Baggio;

15             i.   Jim Hall'

16             j.   Richard Girgado;

17             k.   Erica Edelman;

18             l.   Randall Harris;

19             m.   Valerie Steele;

20             n.   Patricia Ploehn;

21             o.   Dr. Edgar Chernin, 15107 Vanowen Street, Van

22                  Nuys, California, 91409, (818) 999-9999;

23             p.   Dee Machtolff, Granada Hills Community Hospital,

24                  10445   Balboa   Boulevard,   Granada   Hills,

25                  California, 91344, (818) 360-1021;

26             q.   Dr. Jose Martinez, Granada Hills Community

27                  Hospital, 10445 Balboa Boulevard, Granada Hills,

28                  California, 91344, (818) 360-1021;

EXHIBIT "_C_, . _3_

INITIAL DISCLOSURES BY PLAINTIFF

LAW OFFICES OF
HOWARD L. RASCH

BLU.IDP                              -3-

1       r.   Dr.   Lawrence   Samec,   6325   Topanga  Canyon

2           Boulevard, Suite 216, Woodland Hills, California,

3           91367, (818) 347-7703;

4       s.   Dr.   Julian   Venus   Navarro,   8215   Van   Nuys

5           Boulevard, Panorama City, California, 91402,

6           (818) 944-5311;

7       t.   Mary Maldonado, 14559 Raven Street, Sylmar

8           California, 91342, (818) 362-7116;

9       u.   Case Worker, Paula Franze, L.A. County DP)SS, 349

10          E. Avenue, K-6 #B, Lancaster, California, 93535,

11          (661) 723-4581;

12      v.   Case Worker, C. Boggs, L.A. County DPSS, 349 E.

13          Avenue, K-6 #B, Lancaster, California, 93535,

14          (661) 723-4581;

15      w.   Gary Goldsmith, 3180 North Walnut Road, #28,

16          Turlock, California, 95382;

17      x.   CSW Geneen Brown, DCFS, 28490 Avenue Stanford,

18          Suite 100, Santa Clarita, California, 91355,

19          (661) 702-6270;

20      y.   LAPD Officer Cerny, Badge No. 6834, 12760 Osborne

21          Street, Pacoima, California, 91331, (818) 756-

22          8861;

23      z.   Anita Joy, Intake Detention Center, (323) 526-

24          7650;

25     aa.   Juanita Briggs, Intake Detention Center, (323)

26          526-7650;

27     ab.   Dr. Antonio Villagrana, 8139 Fourth Street, Suite

28          B, Tijuana Baja, California, (01152664)-648-1840;

EXHIBIT " C " 4

1        ac.   Simona Banuelos, 567 MacDonald Street, Pasadena,

2             California, 91107, (626) 798-5928;

3        ad.   Barbara Columbo, 6411 Garvanza Avenue, Highland

4             Park, California, e-mail address www.barbara

5             17jean@yahoo.com;

6        ae.   LAPD Officer Holzer, 12760 Osborne Street,

7             Pacoima, California, 91331, (818) 756-8861;

8        af.   Richard Clavesilla, 10151 Arrow Route, #105,

9             Rancho Cucamonga, California, 91730, (909) 989-

10           6642;

11       ag.   Christine Coleman, 19054 Orangepath Street,

12           Glendora, California, 91741, (626) 898-3511;

13       ah.   Don Pyle, 240 E. Taft Avenue, #21, Orange,

14           California, 92865, (714) 235-8371;

15       ai.   Gina Franco, 763 Teesdale Avenue, North

16           Hollywood, California, 91605, (818) 203-7595;

17       aj.   Yoon Song, Department Of Children And Family

18           Services, Child Support Division, 425 Shatto

19           Place, Los Angeles, California, 90020, (213) 351-

20           5602;

21       ak.   Safvat Sharifi, Department Of Children And Family

22           Services, Child Support Services, 15531 Ventura

23           Boulevard, Encino, California, 91436, (323) 890-

24           9800;

25   / / /

26   / / /

27   / / /

28   / / /

EXHIBIT " C ".. 5

al.   Anahit Mouridian, Department Of Children And Family Services, Child Support Services, 15531 Ventura Boulevard, Encino, California, 91436, (323) 890-9800;

am.   Alberto Miro, Department Of Children And Family Services, 28490 Avenue Stanford, Suite 100, Santa Clarita, California, 91355;

an.   Barry Ginsberg, Department Of Children And Family Services, 28490 Avenue Stanford, Suite 100, Santa Clarita, California, 91355;

ao.   Lisa Vitek, 1395 Geringer Road, Algonquin, Illinois, 60102, (847) 452-9619;

ap.   Sean F. Taylor, #3093 - Olive Crest 710 South Victory Boulevard, Suite 201, Burbank, California, 91502, (818) 563-2300;

aq.   Jackie Acosta, Deputy Director, 425 Shatto Place, Los Angeles, California, 90020, (213) 351-5602;

ar.   Dr. David Sanders, Department Of Children And Family Services, 425 Shatto Place, Los Angeles, California, 90020; and

as.   Vernon Hicks, Department Of Children And Family Services, Social Work, 28490 Avenue Stanford, Suite 100, Santa Clarita, California, 91355.

The plaintiff reserves the right to amend and/or submit an additional and/or amended list of witnesses when other witnesses become ascertained.

/ / /

/ / /

EXHIBIT " _C_ ,.  _6_

2.   **DOCUMENTS**:

Plaintiff is providing to counsel for defendants, copies of all documents and things in compliance with Federal and Local Rules with control numbers B000001-B005085.

The documents and things produced include the following:

| Document | Control Number |
|---|---|
| (1) Superior Court File Entitled: In Re Brandy M. et al. all hearings -- Case No. CK42419 | B000001-B001774 |
| (2) Superior Court File Entitled: In The Connor M. All Hearings Case No. CK42419 | B001775-B003701 |
| (3) Reporter's Transcripts Entitled: In The Matter Of Brandy M. Case No. CK42419 | B003702-B003742 |
| (4) Reporter's Transcripts Entitled: In The Matter Of Brandy M., Minors 1 & 2/Volume 2 Case No. CK42419 | B003743-B003915 |
| (5) Reporter's Transcripts Entitled: In The Matter Of Brandy M., Minors 1 & 2 -- Case No. CK42419 | B003916-B003927 |

EXHIBIT " _C_ . . _7_

| | **Document** | **Control Number** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (6) Reporter's Transcripts Entitled: | B003928-B003938 |
| 4 | In The Matter Of Brandy M., | |
| 5 | Minors 1 & 2 -- Case No. CK42419 | |
| 6 | | |
| 7 | (7) Reporter's Transcripts Entitled: | B003939-B003941 |
| 8 | In The Matter Of Brandy M., | |
| 9 | Minors 1 & 2 -- Case No. CK42419 | |
| 10 | Dates Of:  December 13, 2005 | |
| 11 | | |
| 12 | (8) Reporter's Transcripts Entitled: | B003942-B003970 |
| 13 | In Re The Matter Of Brandy M., | |
| 14 | et al., Minors -- Case No. CK42419 | |
| 15 | | |
| 16 | (9) Reporter's Transcripts Entitled: | B003971-B003976 |
| 17 | In Re The Matter Of Brandy M., | |
| 18 | Minors -- Case No. CK42419 | |
| 19 | | |
| 20 | (10) Reporter's Transcripts Entitled: | B003977-B003989 |
| 21 | In Re The Matter Of Connor M. | |
| 22 | Minor 3 -- Case No. CK42419 | |
| 23 | | |
| 24 | (11) Reporter's Transcripts Entitled: | B003990-B004142 |
| 25 | In The Matter Of Brandy M., | |
| 26 | Minors 1 & 2 -- Case No. CK42419 | |
| 27 | / / / | |
| 28 | / / / | |

LAW OFFICES OF
HOWARD L. RASCH

BLU.IDP

-8-

EXHIBIT " C , 8
INITIAL DISCLOSURES BY PLAINTIFF

| | Document | Control Number |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (12) Reporter's Transcripts Entitled: | B004143-B004172 |
| 4 | In The Matter Of Brandy M., | |
| 5 | | |
| 6 | (13) Reporter's Transcripts Entitled: | B004173-B004386 |
| 7 | In The Matter Of Connor M., | |
| 8 | Minor 3/Volume 2 -- Case No. CK42419 | |
| 9 | | |
| 10 | (14) Granada Hills Community Hospital | B004387-B004395 |
| 11 | Medical Records For Twins A & B | |
| 12 | Theresa & Helen Maldonado | |
| 13 | | |
| 14 | (15) Granada Hills Community Hospital | B004408-B004446 |
| 15 | Decedent Reports For Twins | |
| 16 | | |
| 17 | (16) Granada Hills Community Hospital | B004408-B004446 |
| 18 | Mandy Maldonado's Admission Report | |
| 19 | | |
| 20 | (17) Letter From Endocrinologist | B004447-B004448 |
| 21 | Dr. Lawrence Samec Dated: | |
| 22 | April 17, 2000 -- Diagnosing | |
| 23 | Mandy M. With "Graves Disease" | |
| 24 | | |
| 25 | (18) Documents With Information On | B004449-B004451 |
| 26 | Graves Disease Symptoms And Risks | |
| 27 | / / / | |
| 28 | / / / | |

EXHIBIT " C ". 9

| | **Document** | **Control Number** |
|---|---|---|
| (19) | Granada Hills Community Hospital Mandy's Medical Records at Brandy's Birth | B004452-B004522 |
| (20) | Granada Hills Community Hospital Brandy's Newborn Medical Record And Blood work | B004523-B004553 |
| (21) | Brian's Application For Los Angeles County DPSS Public Assistance | B004554-B004560 |
| (22) | Department Of Motor Vehicle Brian's Driver License Information | B004561-B004561 |
| (23) | Brian's Social Security Statement | B004562-B004563 |
| (24) | Department Of Motor Vehicle -- Vehicle Registration | B004564-B004564 |
| (25) | Palmdale Rental Supplication | B004565-B004566 |
| (26) | Brian's Prescription And Letter From Dr. Antonio Villagrosa | B004567-B004568 |
| (27) | Connor's Immunization Record | B004569-B004569 |

/ / /

EXHIBIT " C ". 10

| | **Document** | **Control Number** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (28) Photos: Home In Palmdale 2001 | B004570-B004571 |
| 4 | Brandy & Nathan 2002 | |
| 5 | Brian, Mandy & Connor in 2005 | |
| 6 | | |
| 7 | (29) Document Relating To Brian's | B004572-B004572 |
| 8 | Contact From State Agency | |
| 9 | State Of California Board Of | |
| 10 | Equalization | |
| 11 | | |
| 12 | (30) Motion By County Counsel To | B004573-B004584 |
| 13 | Superior Court | |
| 14 | | |
| 15 | (31) Document Relating To Child | B004585-B004586 |
| 16 | Support From Department Of | |
| 17 | Children And Family Services | |
| 18 | | |
| 19 | (32) Document Relating To Child | B004587-B004614 |
| 20 | Support Services Department | |
| 21 | From County Of Los Angeles | |
| 22 | | |
| 23 | (33) Letter To Department Of Children | B004615-B004615 |
| 24 | And Family Services To Assistant | |
| 25 | Regional Director, Alberto Miro | |
| 26 | / / / | |
| 27 | / / / | |
| 28 | / / / | |

EXHIBIT " C .. 11

| | Document | Control Number |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (34) Document Relating To Relative | B004616-B004617 |
| 4 | Placement From Department Of | |
| 5 | Children And Family Services | |
| 6 | From Assistant Regional Director, | |
| 7 | Barry Ginsberg | |
| 8 | | |
| 9 | (35) Document Relating To Visitation | B004618-B004621 |
| 10 | From Department Of Children And | |
| 11 | Family Services | |
| 12 | | |
| 13 | (36) Document Relating To Visitation | B004622-B004622 |
| 14 | By Brian To Deputy Director Of | |
| 15 | Department Of Children And Family | |
| 16 | Services, Jackie Acosta | |
| 17 | | |
| 18 | (37) Letter To Director Of Department | B004623-B004625 |
| 19 | Of Children And Family Services, | |
| 20 | David Sanders | |
| 21 | | |
| 22 | (38) Letter From Deputy Director Of | B004626-B004627 |
| 23 | Department Of Children And Family | |
| 24 | Services, Jackie Acosta | |
| 25 | | |
| 26 | (39) Letter To Director Of Department | B004628-B004632 |
| 27 | Of Children And Family Services, | |
| 28 | David Sanders | |

EXHIBIT " _C_ .. _12_

INITIAL DISCLOSURES BY PLAINTIFF

| | **Document** | **Control Number** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (40) Letter To Director Of Department | B004633-B004638 |
| 4 | Of Children And Family Services, | |
| 5 | David Sanders | |
| 6 | | |
| 7 | (41) Letter To Department Of Children | B004639-B004641 |
| 8 | And Family Services Case Worker, | |
| 9 | Joseph Lotta | |
| 10 | | |
| 11 | (42) Letter To Director Of Department | B004642-B004645 |
| 12 | Of Children And Family Services, | |
| 13 | David Sanders | |
| 14 | | |
| 15 | (43) Letter To Department Of Children | B004646-B004648 |
| 16 | And Family Services Case Worker, | |
| 17 | Joseph Lotta | |
| 18 | | |
| 19 | (44) Letter To Department Of Children | B004649-B004651 |
| 20 | And Family Services Case Worker, | |
| 21 | Joseph Lotta | |
| 22 | | |
| 23 | (45) Letter To Department Of Children | B004652-B004653 |
| 24 | And Family Services Case Worker, | |
| 25 | Joseph Lotta | |
| 26 | | |
| 27 | (46) Letter To Helen Berberian, Deputy | B004654-B004655 |
| 28 | For Michael D. Antonovich | |

EXHIBIT " C ,. 13

LAW OFFICES OF
HOWARD L. RASCH     BLU.IDP

| | **Document** | **Control Number** |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | (47) Letter To Helen Berberian, Deputy | B004656-B004658 |
| 4 | For Michael D. Antonovich | |
| 5 | | |
| 6 | (48) Letter From Governor Arnold | B-004659-B004661 |
| 7 | Schwarzenegger | |
| 8 | | |
| 9 | (49) Reporter's Transcript Entitled: | B004662-B004924 |
| 10 | In The Matter Of Brandy M. | |
| 11 | Minors 1 & 2/Volume 1 -- | |
| 12 | Case No. CK42419 | |
| 13 | | |
| 14 | (50) Reporter's Transcripts Entitled: | B004925-B005085 |
| 15 | In The Matter Of Connor M. | |
| 16 | Minor 3/Volume 1 -- Case No. CK42419 | |
| 17 | | |

18  3.   **DAMAGES**:

19      The plaintiff is entitled to recover actual damages and
20  general damages incurred as a result of the actions of
21  defendants, individually and collectively, which deprived the
22  plaintiff of having a familial relationship as a parent with the
23  minor children, thus violating his civil rights.

24      Actual damages include expenses for attorneys retained
25  to represent plaintiff in the Juvenile Court action and Adoption
26  Action.

27  / / /

28  / / /

EXHIBIT *___C___.___14___*

INITIAL DISCLOSURES BY PLAINTIFF

1    General damages for the loss of a familial/parental

2 relationship with plaintiff's minor children which exceeds

3 $3,000,000.00.

4    As to the individual defendants, plaintiff is entitled

5 to punitive and exemplary damages in an amount to be determined

6 at trial.

7

8 DATED:   February 12, 2009    HOWARD L. RASCH
                               LAW OFFICES OF HOWARD L. RASCH
9

10

11

12

13                             By
14                                Howard L. Rasch
                                  Attorneys for Plaintiff
15                                BRIAN J. BLUNDELL

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "C" . 15

1      **PROOF OF SERVICE BY MAIL (F.R.C.P., RULE 5(B))**

2

3   STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

4

5      I am employed in the County of Riverside, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 78-115 Calle
6   Estado, Suite No. 206, La Quinta, California, 92253-3919.

7      On February 12, 2009 I caused to be served the foregoing documents described as **INITIAL DISCLOSURES BY PLAINTIFF**
8   on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope as follows:

9

10

11

12           Elizabeth M. Kessel, Esq.
          Scott E. Boyer, Esq.
13           KESSEL & ASSOCIATES
          2410 Beverly Boulevard
14           Los Angeles, California    90057

15

16

17

18

19

20      I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service in the box located at
21   78-115 Calle Estado, La Quinta, California, on the same day as the correspondence is dated in the ordinary course of business.
22   I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more
23   than one day after the date of deposit for mailing.

24      I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
25

     EXECUTED on February 12, 2009 at La Quinta, California.
26

27

28                    KAREN L. RASCH

EXHIBIT \_\_C\_\_ .. 16

INITIAL DISCLOSURES BY PLAINTIFF

**EXHIBIT D**

2

ORIGINAL

| *Attorney or Party without Attorney:* LAW OFFICES OF HOWARD L. RASCH 78-115 CALLE ESTADO, STE. 206 LA QUINTA, CA 92253 *Telephone No:* 564-3320      *FAX No:* 564-3240 | | | *For Court Use Only* |
|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* 7076 | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court Central District Of California | | | |
| *Plaintiff:* BLUNDELL | | | |
| *Defendant:* COUNTY OF LOS ANGELES, ET AL | | | |
| **PROOF OF SERVICE SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV08-02212 |

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3.  a. *Party served:*          VICTORIA COLLIGAN
    b. *Person served:*          MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

4.  *Address where the party was served:*     DEPT. OF PUBLIC SOCIAL SERVICES
                                              425 SHATTO PLACE
                                              ROOM 604
                                              LOS ANGELES, CA 90020

5.  I served the party:
    b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of:
                                   MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S,
                                   BLACK HAIR, 5'8", 170 LBS
    (1)  (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.
    (5)  I attach a declaration of diligence stating actions taken first to attempt personal service.

6.  The "Notice to the Person Served" (on the Summons) was completed as follows:
    a. as an individual defendant

7.  *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. JIM SANDS                                          d.  *The Fee for Service was:*   $35.00
    b. AMERICAN LEGAL SERVICES                            e.  I am: Affiliate
       225 S. CIVIC DRIVE, Registration # 736
       SUITE 2-16
       Palm Springs, CA 92262
    c. 760-323-5445, FAX 760-323-5509

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 22, 2009

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JIM SANDS)

rasch.61120



EXHIBIT " D . 1

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| Telephone No: 564-3320          FAX: No: 564-3240 | | | Ref. No or File No.:<br>7076 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | | |
| Plaintiff: BLUNDELL | | | | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>CV08-02212 | |

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VICTORIA COLLIGAN as follows:

2. *Documents:*   SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Drive #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

✝ *Date:* Mon, Jun. 22, 2009          **AFFIDAVIT OF REASONABLE DILIGENCE**          rasch.61120


EXHIBIT " D "                2

Ɛ

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA  92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320       FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: BLUNDELL

Defendant: COUNTY OF LOS ANGELES, ET AL

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

## SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: VICTORIA COLLIGAN Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.   *Person Executing*
   a. JIM SANDS
   b. **AMERICAN LEGAL SERVICES**
     225 S. CIVIC DRIVE, Registration # 736
     SUITE 2-16
     Palm Springs, CA  92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:* $35.00
e. *I am:*  (3)  Affialite

4.   *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
4P *Date:* Mon, Jun. 22, 2009

AFFIDAVIT OF REASONABLE DILIGENCE              (JIM SANDS)              rasch.61120



EXHIBIT " D " 3

06/23/2009  15:09    2                              ALS                              PAGE  03

ORIGINAL

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253<br>Telephone No: 564-3320          FAX No: 564-3240 | | | For Court Use Only |
|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>7076 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | |
| Plaintiff: BLUNDELL | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL. | | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served:     KRISTINE AMIN
   b. Person served:    MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

4. Address where the party was served:   DEPT. OF PUBLIC SOCIAL SERVICES
                                          425 SHATTO PLACE
                                          ROOM 604
                                          LOS ANGELES, CA  90020

5. I served the party:
   b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

   (1) (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.

   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                          d.  The Fee for Service was:    $35.00
   b. AMERICAN LEGAL SERVICES            e.  I am: Affiliate
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA  92262
   c. 760-323-5445, FAX 760-323-6509

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 22, 2009



PROOF OF SERVICE
SUMMONS & COMPLAINT                                                              rasch:61119



EXHIBIT " D " 4

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | |

| | Ref. No or File No.: |
|---|---|
| Telephone No: 564-3320          FAX: No: 564-3240 | 7076 |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* BLUNDELL
*Defendant:* COUNTY OF LOS ANGELES, ET AL

| **AFFIDAVIT OF** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | CV08-02212 |

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant KRISTINE AMIN as follows:

2. *Documents:*   SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Drive #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

✝ *Date:* Mon, Jun. 22, 2009                    **AFFIDAVIT OF REASONABLE DILIGENCE**                rasch.61119

EXHIBIT *D*                5

ς

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320          FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

## SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: KRISTINE AMIN Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.  **Person Executing**
   a. JIM SANDS
   b. **AMERICAN LEGAL SERVICES**
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $35.00
e. *I am:* (3) Affiliate

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
† *Date:* Mon, Jun, 22, 2009          AFFIDAVIT OF REASONABLE DILIGENCE          (JIM SANDS)          rasch.61119

EXHIBIT " D , . . 6

9

ORIGINAL

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253<br>Telephone No: 564-3320          FAX No: 564-3240 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.:<br>7076 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: BLUNDELL | | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. *Party served:* MICHELLE LLORNES
   b. *Person served:* MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

4. *Address where the party was served:* DEPT. OF PUBLIC SOCIAL SERVICES
   425 SHATTO PLACE
   ROOM 604
   LOS ANGELES, CA 90020

5. I served the party:
   b. by **substituted service.** On: Wed., Jun. 10, 2009 at: 12:54PM I left the documents listed in item 2 with or in the presence of:
   MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

   (1) **(Business)** Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.

   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The *"Notice to the Person Served"* (on the Summons) was completed as follows:
   a. as an individual defendant.

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                                    d. *The Fee for Service was:*    $35.00
   b. **AMERICAN LEGAL SERVICES**                   e. I am: Affialite
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 22, 2009

Judicial Council Form POS-010                    PROOF OF SERVICE                    (JIM SANDS)           rasch.61118
Rule 2.150.(a)&(b) Rev January 1, 2007           SUMMONS & COMPLAINT

EXHIBIT " D " 7

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | |

| | Ref. No or File No.: |
|---|---|
| Telephone No: 564-3320        FAX: No: 564-3240 | 7076 |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Central District Of California |

| Plaintiff: BLUNDELL |
|---|
| Defendant: COUNTY OF LOS ANGELES, ET AL |

| **AFFIDAVIT OF** | Hearing Date: | | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | | CV08-02212 |

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant MICHELLE LLORNES as follows:

2. *Documents:*  SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Drive #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

✝ *Date:* Mon, Jun. 22, 2009       **AFFIDAVIT OF REASONABLE DILIGENCE**       rasch.61118

EXHIBIT " D " 8

06/23/2009  15:09   2                    ALS                        PAGE  06

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA  92253 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No. 564-3320 , FAX No: 564-3240 | | Ref. No or File No.:<br>7076 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | |
| Plaintiff: BLUNDELL | | | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>CV08-02212 |

SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Plaza Room 604 Los Angeles Ca. 90020. |
| Wed | 06/10/09 | 12:54pm | Business | Substituted Service on: MICHELLE LLORNES Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.  *Person Executing*
    a. JIM SANDS
    b. **AMERICAN LEGAL SERVICES**
       225 S. CIVIC DRIVE, Registration # 736
       SUITE 2-16
       Palm Springs, CA  92262
    c. 760-323-5443, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was: $95.00*
e. *I am:* (3) Affiliate

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
*4 Date: Mon, Jun. 22, 2009*          AFFIDAVIT OF REASONABLE DILIGENCE          (JIM SANDS)          rasch:61118

EXHIBIT " D  " 9

06/23/2009  15:09   2                                   ALS                                   PAGE   07

---

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253<br>Telephone No. 564-3320      FAX No: 564-3240 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>7076 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: BLUNDELL
Defendant: COUNTY OF LOS ANGELES, ET AL

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT, NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served:           JAN WILLIAMS
   b. Person served:          MICHELLE VICTOR (AUTH TO ACCPT) WHITE, FEMALE, 40'S, BLACK
                                 HAIR, 5'8", 170 LBS

4. Address where the party was served:      DEPT. OF PUBLIC SOCIAL SERVICES
                                         425 SHATTO PLACE
                                         ROOM 604
                                         LOS ANGELES, CA 90020

5. I served the party:
   b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of:
                                       MICHELLE VICTOR (AUTH TO ACCPT) WHITE, FEMALE, 40'S, BLACK
                                       HAIR, 5'8", 170 LBS

   (1) (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                                     d. The Fee for Service was:    $35.00
   b. AMERICAN LEGAL SERVICES                e. I am: Affiliate
        225 S. CIVIC DRIVE, Registration # 736
        SUITE 2-16
        Palm Springs, CA 92262
        c. 760-323-5445, FAX 760-323-5509

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 22, 2009

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007            PROOF OF SERVICE<br>SUMMONS & COMPLAINT                                  rasch.61119

EXHIBIT " D .   10

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320    FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court Central District Of California |

| Plaintiff: BLUNDELL |
|---|
| Defendant: COUNTY OF LOS ANGELES, ET AL |

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JAN WILLIAMS as follows:

2. *Documents:*   SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Social Services 201 Centre Plaza Drive #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Is Not In Right Now Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

Page Number 1

✝ *Date:* Mon, Jun. 22, 2009    **AFFIDAVIT OF REASONABLE DILIGENCE**

EXHIBIT " D " 11

rasch.61117

06/23/2009   15:09   2                     ALS                              PAGE   08

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only: |
|---|---|---|
| Telephone No: 564-3320      FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| AFFIDAVIT OF | Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|---|
| REASONABLE DILIGENCE | | | | CV08-02212 |

SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: JAN WILLIAMS Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.  Person Executing
    a. JIM SANDS
    b. AMERICAN LEGAL SERVICES
       225 S. CIVIC DRIVE, Registration # 736
       SUITE 2-16
       Palm Springs, CA 92262
    c. 760-323-6445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. The Fee for service was: $35.00
e. I am: (3) Affialits

4.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Page Number 2
Date: Mon, Jun. 22, 2009          AFFIDAVIT OF REASONABLE DILIGENCE          (JIM SANDS)          rassh.61117

EXHIBIT " D  12

б́ Т

06/23/2009   15:09      2                              ALS                                           PAGE  14

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | For Court Use Only |
| --- | --- |
| | Ref. No. or File No.: |

06/23/2009   15:09      2                              ALS                                           PAGE  13

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253<br>Telephone No: 564-3320      FAX No: 564-3240 | | | For Court Use Only |
| --- | --- | --- | --- |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>7076 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | |
| Plaintiff: BLUNDELL | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE
   JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. Party served:                              ALISON WILLIS
   b. Person served:                             MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK
                                                  HAIR, 5'8", 170 LBS

4. Address where the party was served:           DEPT. OF PUBLIC SOCIAL SERVICES
                                                  425 SHATTO PLACE
                                                  ROOM 604
                                                  LOS ANGELES, CA 90020

5. I served the party:
   b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of:
                                                  MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S,
                                                  BLACK HAIR, 5'8", 170 LBS
   (1) (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the
       papers.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                                  d. The Fee for Service was:      $254.00
   b. AMERICAN LEGAL SERVICES                    e. I am: Affialite
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 22, 2009

Judicial Council form POS-010                                                                        rasch.61114
Rule 2.150.(a)&(b) Rev January 1, 2007

SUMMONS & COMPLAINT

EXHIBIT #  D  #.  13

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320          FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action.  Personal service was attempted on Defendant ALISON WILLIS as follows:

2. *Documents:*   SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address.  Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette  Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road  Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Accept Service On Behalf Of Subject.  Must Verify If Subject Works For Dept. Of Public Social Services.  They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim  Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St  Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St  Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim  Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Dr #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim  Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

Page Number 1
✝ *Date:* Mon, Jun. 22, 2009          **AFFIDAVIT OF REASONABLE DILIGENCE**

EXHIBIT " D "          rasch.61114   14

2

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 564-3320        FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | |
| Plaintiff: BLUNDELL | | | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

### SUMMONS & COMPLAINT

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: ALISON  WILLIS Business - DEPT. OF PUBLIC SOCIAL |

SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by
Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S,
BLACK HAIR, 5'7", 170 LBS Person apparently in charge of office or place of
business. Served by: JIM  SANDS

3.  *Person Executing*
  a. JIM  SANDS
  b. AMERICAN LEGAL SERVICES
    225 S. CIVIC DRIVE, Registration # 736
    SUITE 2-16
    Palm Springs, CA 92262
  c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was: $264.00*
e. *I am:* (3) Affilaite

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2

† *Date:* Mon, Jun. 22, 2009           AFFIDAVIT OF REASONABLE DILIGENCE           (JIM SANDS)           rasch.61114

EXHIBIT " D "  15

ZI

ORIGINAL

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253<br>Telephone No: 564-3320          FAX No: 564-3240 | | For Court Use Only |
|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

3. a. Party served:       JOSEPH LOTTA
   b. Person served:      MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK
                          HAIR, 5'8", 170 LBS

4. Address where the party was served:   DEPT. OF PUBLIC SOCIAL SERVICES
                                         425 SHATTO PLACE
                                         ROOM 604
                                         LOS ANGELES, CA 90020

5. I served the party:
   b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of:
      MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S,
      BLACK HAIR, 5'8", 170 LBS
   (1) (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                          d. The Fee for Service was:   $35.00
   b. AMERICAN LEGAL SERVICES            e. I am: Affialite
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jun. 22, 2009

Judicial Council Form POS-010                  PROOF OF SERVICE
Rule 2.150.(a) & (b) Rev January 1, 2007       SUMMONS & COMPLAINT          (JIM SANDS)        rasch.67115



EXHIBIT " D " 1b

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320    FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL<br>Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant JOSEPH LOTTA as follows:

2. *Documents:*    SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | R e s u l t s |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise - Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Drive #1 Monterey Park .. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

Page Number 1
✝ *Date:* Mon, Jun. 22, 2009          **AFFIDAVIT OF REASONABLE DILIGENCE**

EXHIBIT " D " 17

rasch.61115

£T

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | | | | | For Court Use Only |
|---|---|---|---|---|---|---|
| Telephone No: 564-3320    FAX: No: 564-3240 | | | Ref. No or File No.:<br>7076 | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | | | | | |
| Plaintiff: BLUNDELL<br>Defendant: COUNTY OF LOS ANGELES, ET AL | | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>CV08-02212 | |

**SUMMONS & COMPLAINT**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: JOSEPH LOTTA Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.  *Person Executing*
   **a.** JIM SANDS
   **b.** AMERICAN LEGAL SERVICES
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   **c.** 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   **d.** The Fee for service was: $35.00
   **e.** I am: (3) Affiliate

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2
  **Date:** Mon, Jun. 22, 2009

AFFIDAVIT OF REASONABLE DILIGENCE          (JIM SANDS)          rasch.51113

EXHIBIT # _D_  18

OT

| Attorney or Party without Attorney: LAW OFFICES OF HOWARD L. RASCH 78-115 CALLE ESTADO, STE. 206 LA QUINTA, CA 92253 | For Court Use Only |
|---|---|

Telephone No: 564-3320          FAX No: 564-3240

Attorney for: Plaintiff

Ref. No. or File No.: 7076

Insert name of Court, and Judicial District and Branch Court:
United States District Court Central District Of California

Plaintiff: BLUNDELL

Defendant: COUNTY OF LOS ANGELES, ET AL

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: CV08-02212 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES

3. a. *Party served:*        VALERIE BAGGIO
   b. *Person served:*       MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS

4. *Address where the party was served:*   DEPT. OF PUBLIC SOCIAL SERVICES
   425 SHATTO PLACE
   ROOM 604
   LOS ANGELES, CA 90020

5. *I served the party:*
   b. by substituted service. On: Wed., Jun. 10, 2009 at: 12:51PM I left the documents listed in item 2 with or in the presence of:
      MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS
   (1) (Business) Person apparently in charge of office or place of business. I informed him or her of the general nature of the papers.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. *The "Notice to the Person Served" (on the Summons) was completed as follows:*
   a. as an individual defendant

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JIM SANDS                              d. *The Fee for Service was:*   $35.00
   b. AMERICAN LEGAL SERVICES                e. I am: Affiliate
      225 S. CIVIC DRIVE, Registration # 736
      SUITE 2-16
      Palm Springs, CA 92262
   c. 760-323-5445, FAX 760-323-5509

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jun. 22, 2009

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(JIM SANDS)

rasch.61116

EXHIBIT " D "    19

| Attorney or Party without Attorney:<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | | For Court Use Only |
|---|---|---|
| Telephone No: 564-3320     FAX: No: 564-3240 | Ref. No or File No.:<br>7076 | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Central District Of California | | |
| Plaintiff: BLUNDELL | | |
| Defendant: COUNTY OF LOS ANGELES, ET AL | | |

| **AFFIDAVIT OF<br>REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV08-02212 |
|---|---|---|---|---|

1. I, JIM SANDS, and any employee or independent contractors retained by AMERICAN LEGAL SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant VALERIE BAGGIO as follows:

2. *Documents:*  SUMMONS (AND) COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 04/15/09 | 2:36pm | Business | Bad Address. Per Cynthia Bircher Not Current Case Workers At This Location. Refer Me To Alternative Address Which Is Main Office For Workers 14545 Lanark St Panorama City, Ca Attempt Made By: Paulette Sands, Registration #3928 Los Angeles County. Attempt At: Dept Of Public Social Services 27233 Camp Plenty Road Canyon Country Ca. 91351. |
| Fri | 05/01/09 | 2:45pm | Business | Bad Address, Per Lucy Ceida Deputy Director Cannot Eccept Service On Behalf Of Subject. Must Verify If Subject Works For Dept. Of Public Social Services. They Can Fax Or Send A Written Letter To Human Resources Dept At. 213-639-5573 Of 213-639-5567. Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Wed | 05/06/09 | 1:34pm | Business | ***** Please Advise ~ Will Hold Ten Days ********; Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 14545 Lanark St Panorama City Ca. 91402. |
| Thu | 05/28/09 | 2:20pm | Business | Per Person At The Counter Refused Service, Gave Alternate Address Attempt Made By: Jim Sands. Attempt At: Dept. Of Public Social Services 201 Centre Plaza Drive #1 Monterey Park Ca.. |
| Wed | 06/03/09 | 10:11am | Business | Person Auth To Accept Isnt In Right Now. Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |
| Mon | 06/08/09 | 12:48pm | Business | Person Auth To Accept Is Out To Lunch Attempt Made By: Jim Sands, Registration #914 Los Angeles County. Attempt At: Dept. Of Public Social Services 425 Shatto Place Room 604 Los Angeles Ca. 90020. |

Page Number 1

✝ *Date:* Mon, Jun. 22, 2009     **AFFIDAVIT OF REASONABLE DILIGENCE**     rasch.61116

EXHIBIT " D   20

TT

| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>LAW OFFICES OF HOWARD L. RASCH<br>78-115 CALLE ESTADO, STE. 206<br>LA QUINTA, CA 92253 | |

| | *Ref. No or File No.:*<br>7076 | |
|---|---|---|
| *Telephone No:* 564-3320         *FAX. No:* 564-3240 | | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* BLUNDELL

*Defendant:* COUNTY OF LOS ANGELES, ET AL

| **AFFIDAVIT OF** | *Hearing Date:* | | *Time:* | *Dept/Div:* | *Case Number:* |
|---|---|---|---|---|---|
| **REASONABLE DILIGENCE** | | | | | CV08-02212 |

**SUMMONS & COMPLAINT**

| Day | Date | Time | Location | **Results** |
|---|---|---|---|---|
| Wed | 06/10/09 | 12:51pm | Business | Substituted Service on: VALERIE BAGGIO Business - DEPT. OF PUBLIC SOCIAL SERVICES 425 SHATTO PLACE ROOM 604 LOS ANGELES, CA. 90020 by Serving: MICHELLE VICTOR (AUTH TO ACCEPT) WHITE, FEMALE, 40'S, BLACK HAIR, 5'8", 170 LBS Person apparently in charge of office or place of business. Served by: JIM SANDS |

3.  *Person Executing*
    a. JIM SANDS
    b. AMERICAN LEGAL SERVICES
       225 S. CIVIC DRIVE, Registration # 736
       SUITE 2-16
       Palm Springs, CA 92262
    c. 760-323-5445, FAX 760-323-5509

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d.. *The Fee for service was:* $35.00
e. *I am:* (3) Affiliate

4.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Page Number 2

† *Date:* Mon, Jun. 22, 2009        AFFIDAVIT OF REASONABLE DILIGENCE        (JIM SANDS)        rasch.63116

EXHIBIT " D " . 21

**EXHIBIT E**

**ORIGINAL**

HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA   92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL <br><br> v.                              Plaintiff(s) <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendant(s) | CASE NUMBER: <br> CV08-02212 DDP (Ex) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served copies of the** *(specify documents)*:

   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2. **Person served:**

   a. [X] Defendant *(name)*: **VICTORIA COLLIGAN**

   b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

   c. [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3. **Manner of Service in compliance with** *(the appropriate box must be checked)*:

   a. [ ] Federal Rules of Civil Procedure
   [X] California Code of Civil Procedure

4. **I served the person named in Item 2:**

   a. [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service.** By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed on** (date): **JUNE 18, 2009**

      6. [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

| | | |
|---|---|---|
| CV-1 (04/01) | **PROOF OF SERVICE - SUMMONS AND COMPLAINT** | PAGE 1 |

EXHIBIT " E " CCD-1B   1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

_____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

| | |
|---|---|
| KAREN L. RASCH -- (760) 564-3320 | a. Fee for service: $ _____ |
| LAW OFFICES OF HOWARD L. RASCH | b. ☒ Not a registered California process server |
| 78-115 CALLE ESTADO, SUITE NO. 206 | c. ☐ Exempt from registration under B&P 22350(b) |
| LA QUINTA, CALIFORNIA 92253-3919 | d. ☐ Registered California process server |

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **JUNE 18, 2009** _____      _____
                                                                                      *(Signature)*

                                                              **KAREN L. RASCH**

CV-1 (04/01)                    **PROOF OF SERVICE - SUMMONS AND COMPLAINT**             EXHIBIT *E*    PAGE 2    2

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:06 PM PDT and filed on 6/18/2009

**Case Name:**          Brian Blundell et al v. County of Los Angeles et al
**Case Number:**        2:08-cv-2212
**Filer:**              Brian J Blundell
**Document Number:** 49

**Docket Text:**
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**

**2:08-cv-2212 Notice has been electronically mailed to:**

Elizabeth M Kessel     emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer     seboyer@kesselaw.com, kesselaw@kesselaw.com

**2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:**Main Document

EXHIBIT " _E_ . _3_

**Original filename:**E:\COLLIGAN POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966447-0]
[416bfabbce5df9f56baa9eeab9ba14722194516bc0ef7690b626dbfd39519d92b830
2b0a3ba9bd1c7d4d78580da585e0dd217de81f76683b2ff84ddf742f2352]]

EXHIBIT " E "    4

ORIGINAL

HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA   92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL <br><br> v.  Plaintiff(s) <br><br> COUNTY OF LOS ANGELES, et al. <br><br> Defendant(s) | CASE NUMBER: <br> CV08-02212 DDP (Ex) <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents):*

    a.  [X] summons      [X] complaint      [ ] alias summons      [ ] first amended complaint
    [ ] second amended complaint
    [ ] third amended complaint

    [X] other *(specify):* **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2. **Person served:**

    a.  [X] Defendant *(name):* **KRISTINE AMIN**

    b.  [ ] Other *(specify name and title or relationship to the party/business named):* _____

    c.  [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

    a.  [ ] Federal Rules of Civil Procedure
    [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a.  [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1.  [ ] Papers were served on *(date):* _____ at *(time):* _____

    b.  [X] By **Substituted service.** By leaving copies:

    1.  [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2.  [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3.  [ ] **Papers were served on** *(date):* _____ at *(time):* _____

    4.  [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5.  [X] **papers were mailed** on (date): **JUNE 18, 2009**

    6.  [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

EXHIBIT *E* CCD-4B

5

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

_____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

KAREN L. RASCH -- (760) 564-3320

LAW OFFICES OF HOWARD L. RASCH

78-115 CALLE ESTADO, SUITE NO. 206

LA QUINTA, CALIFORNIA 92253-3919

a. Fee for service: $ _____

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 18, 2009 _____

_____
*(Signature)*

KAREN L. RASCH

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY


### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:03 PM PDT and filed on 6/18/2009

**Case Name:**           Brian Blundell et al v. County of Los Angeles et al
**Case Number:**         2:08-cv-2212
**Filer:**               Brian J Blundell
**Document Number:** 47

### Docket Text:
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**


### 2:08-cv-2212 Notice has been electronically mailed to:

Elizabeth M Kessel     emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer     seboyer@kesselaw.com, kesselaw@kesselaw.com

### 2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:**Main Document

EXHIBIT " *E* "  *7*

**Original filename:**E:\AMIN POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966432-0]
[93c10630e899a2cc6e2200a29313236aab25cf55ad48bec0c86f040666203cf048bd
52479ff86a773e799b9d33983be005ecda3a8c84c7c98a2eabfa605dda32]]

EXHIBIT " *E* .  *8*

ORIGINAL

```
HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA   92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL<br><br>v.           **Plaintiff(s)**<br><br>COUNTY OF LOS ANGELES, et al.<br><br>           **Defendant(s)** | CASE NUMBER:<br>**CV08-02212 DDP (Ex)**<br><br>**PROOF OF SERVICE<br>SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
                                                                               [ ] second amended complaint
                                                                               [ ] third amended complaint

   [X] other *(specify)*: **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2. **Person served:**

   a. [X] Defendant *(name)*: **MICHELLE LLORNES**

   b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

   c. [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. [ ] Federal Rules of Civil Procedure
      [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service.** By leaving copies:

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed** on (date): **JUNE 18, 2009**

      6. [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

CV-1 (04/01)         **PROOF OF SERVICE - SUMMONS AND COMPLAINT**         PAGE 1
                                                   CCD-1B

EXHIBIT " E "   9

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

KAREN L. RASCH -- (760) 564-3320

LAW OFFICES OF HOWARD L. RASCH

78-115 CALLE ESTADO, SUITE NO. 206

LA QUINTA, CALIFORNIA 92253-3919

a. Fee for service: $ _____

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 18, 2009 _____

*(Signature)*

KAREN L. RASCH

EXHIBIT " E " 10

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY


## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:08 PM PDT and filed on 6/18/2009

**Case Name:**      Brian Blundell et al v. County of Los Angeles et al
**Case Number:**   2:08-cv-2212
**Filer:**          Brian J Blundell
**Document Number:** 50

**Docket Text:**
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**


**2:08-cv-2212 Notice has been electronically mailed to:**

Elizabeth M Kessel     emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer     seboyer@kesselaw.com, kesselaw@kesselaw.com

**2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:**Main Document

EXHIBIT " E " 11

Page 1 of 2

**Original filename:**E:\LLORNES POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966450-0]
[0e4082a4e5475ddc55825c36ef3dd3d9feaf8707e646f5dc06de9ebdd9f0313ed32c
3d7631e04bf2e9221a35f1a6d31d0e11bcb314bb0a02ac673aa3b951a8c7]]

EXHIBIT "*E*" *12*

ORIGINAL

HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA    92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BRIAN J. BLUNDELL | CASE NUMBER: |
| | CV08-02212 DDP (Ex) |
| v.                                  Plaintiff(s) | |
| COUNTY OF LOS ANGELES, et al. | **PROOF OF SERVICE** |
| | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents):*

    a.  [X] summons    [X] complaint    [ ] alias summons    [ ] first amended complaint
    [ ] second amended complaint
    [ ] third amended complaint

    [X] other *(specify):* **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2.  **Person served:**

    a.  [X] Defendant *(name):* **JAN WILLIAMS**

    b.  [ ] Other *(specify name and title or relationship to the party/business named):*

    c.  [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3.  **Manner of Service** in compliance with *(the appropriate box **must** be checked):*

    a.  [ ] Federal Rules of Civil Procedure
    [X] California Code of Civil Procedure

4.  **I served** the person named in Item 2:

    a.  [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1.  [ ] **Papers were served on** *(date):* _____ at *(time):* _____

    b.  [X] By **Substituted service.** By leaving copies:

    1.  [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2.  [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3.  [ ] **Papers were served on** *(date):* _____ at *(time):* _____

    4.  [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5.  [X] **papers were mailed** on (date):  **JUNE 18, 2009**

    6.  [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

EXHIBIT " E "

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

_____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served: _____

   Title of person served: _____

   Date and time of service: *(date):* _____ at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*

   <u>KAREN L. RASCH -- (760) 564-3320</u>

   <u>LAW OFFICES OF HOWARD L. RASCH</u>

   <u>78-115 CALLE ESTADO, SUITE NO. 206</u>

   <u>LA QUINTA, CALIFORNIA 92253-3919</u>

   a. Fee for service: $ _____
   b. ☒ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>JUNE 18, 2009</u>

_____
*(Signature)*

**KAREN L. RASCH**

EXHIBIT *E*

14

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:11 PM PDT and filed on 6/18/2009

**Case Name:**      Brian Blundell et al v. County of Los Angeles et al
**Case Number:**    2:08-cv-2212
**Filer:**          Brian J Blundell
**Document Number:** 52

**Docket Text:**
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**

**2:08-cv-2212 Notice has been electronically mailed to:**

Elizabeth M Kessel    emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer    seboyer@kesselaw.com, kesselaw@kesselaw.com

**2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:** Main Document

EXHIBIT " E ", 15

**Original filename:**E:\WILLIAMS POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966456-0]
[1e126e1e3455f9dfe075d13e6990134dc91860931519772808be9dcfe5ec474c45fb
568cd769aa8daafedd385e36c42813d5c94e10f9f9f2dc2f067c7a2d7a79]]

EXHIBIT  *E*  16

**ORIGINAL**

```
HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA   92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL | CASE NUMBER: |
| Plaintiff(s) | CV08-02212 DDP (Ex) |
| v. | |
| COUNTY OF LOS ANGELES, et al. | **PROOF OF SERVICE** |
| | **SUMMONS AND COMPLAINT** |
| Defendant(s) | (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2. **Person served:**

   a. [X] Defendant *(name)*: **ALISON WILLIS**

   b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

   c. [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:

   a. [ ] Federal Rules of Civil Procedure
   [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   b. [X] By **Substituted service.** By leaving copies:

   1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____

   4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. [X] **papers were mailed** on (date): **JUNE 18, 2009**

   6. [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

EXHIBIT _ OF _ E _ CCD=B

17

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

_____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

KAREN L. RASCH -- (760) 564-3320

LAW OFFICES OF HOWARD L. RASCH

78-115 CALLE ESTADO, SUITE NO. 206

LA QUINTA, CALIFORNIA 92253-3919

a. Fee for service: $ _____

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 18, 2009 _____

_____
*(Signature)*

KAREN L. RASCH

E   18

# Service of Subsequent Document Filings:
2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:12 PM PDT and filed on 6/18/2009

**Case Name:**        Brian Blundell et al v. County of Los Angeles et al
**Case Number:**      2:08-cv-2212
**Filer:**            Brian J Blundell
**Document Number:** 53

### Docket Text:
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**

### 2:08-cv-2212 Notice has been electronically mailed to:

Elizabeth M Kessel     emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer     seboyer@kesselaw.com, kesselaw@kesselaw.com

### 2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:** Main Document

EXHIBIT " *E* " *19*

**Original filename:**E:\WILLIS POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966465-0]
[509316c029ae60ac647986ae8a7cd257efb75e2026e68613545e70c8fd6193442ffe
08d0d505f5ce10d494f93d84589337465cce50042e02f4155d4549f55711]]

EXHIBIT " *E* " *20*

ORIGINAL

HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA   92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BRIAN J. BLUNDELL | CASE NUMBER: |
|---|---|
| | CV08-02212 DDP (Ex) |
| v.                            Plaintiff(s) | |
| COUNTY OF LOS ANGELES, et al. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

    a. [X] summons    [X] complaint    [ ] alias summons

    [ ] first amended complaint
    [ ] second amended complaint
    [ ] third amended complaint

    [X] other *(specify)*: **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2. **Person served:**

    a. [X] Defendant *(name)*: **JOSEPH LOTTA**

    b. [ ] Other *(specify name and title or relationship to the party/business named)*: _____

    c. [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:

    a. [ ] Federal Rules of Civil Procedure
    [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

    a. [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

    1. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

    b. [X] By **Substituted service.** By leaving copies:

    1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

    2. [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

    3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____

    4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

    5. [X] papers were mailed on (date): **JUNE 18, 2009**

    6. [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

EXHIBIT  E   21

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Clv.P. 4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

_____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

<u>KAREN L. RASCH -- (760) 564-3320</u>

<u>LAW OFFICES OF HOWARD L. RASCH</u>

<u>78-115 CALLE ESTADO, SUITE NO. 206</u>

<u>LA QUINTA, CALIFORNIA 92253-3919</u>

a. Fee for service: $ _____

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: <u>JUNE 18, 2009</u>

*(Signature)*

**KAREN L. RASCH**

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:10 PM PDT and filed on 6/18/2009

**Case Name:**          Brian Blundell et al v. County of Los Angeles et al
**Case Number:**      2:08-cv-2212
**Filer:**                   Brian J Blundell
**Document Number:** 51

**Docket Text:**
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**

**2:08-cv-2212 Notice has been electronically mailed to:**

Elizabeth M Kessel     emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer     seboyer@kesselaw.com, kesselaw@kesselaw.com

**2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:**Main Document

EXHIBIT " *E* ,, 23

**Original filename:**E:\LOTTA POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966453-0]
[05103f59e88c2fcb4454a23a1f3259637dc5b716d425dbedc6455dfb87d12ac52728
114ccc49a00da431a5ee774b534f71e11723956b943cb3508379af5a768c]]

EXHIBIT " *E* " 14

ORIGINAL

```
HOWARD L. RASCH -- ST. BAR NO. 48517
LAW OFFICES OF HOWARD L. RASCH
78-115 CALLE ESTADO
SUITE NO. 206
LA QUINTA, CALIFORNIA    92253-3919
(760) 564-3320
PLAINTIFF -- BRIAN J. BLUNDELL
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BRIAN J. BLUNDELL | CASE NUMBER: |
|---|---|
| | CV08-02212 DDP (Ex) |
| v.                          Plaintiff(s) | |
| COUNTY OF LOS ANGELES, et al. | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| Defendant(s) | |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served copies of the** *(specify documents)*:

    a.  [X] summons    [X] complaint    [ ] alias summons      [ ] first amended complaint
        [ ] second amended complaint
        [ ] third amended complaint

    [X] other *(specify)*: **NOTICE & CERTIFICATE OF INTERESTED PARTIES**

2.  **Person served:**

    a.  [X] Defendant *(name)*: **VALERIE BAGGIO**

    b.  [ ] Other *(specify name and title or relationship to the party/business named)*:

    c.  [X] Address where papers were served: **DEPARTMENT OF CHILDREN AND FAMILY SERVICES, 425 SHATTO PLACE, ROOM 604, LOS ANGELES, CALIFORNIA, 90020**

3.  **Manner of Service** in compliance with *(the appropriate box must be checked)*:

    a.  [ ] Federal Rules of Civil Procedure
        [X] California Code of Civil Procedure

4.  I served the person named in Item 2:

    a.  [ ] By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

        1.  [ ] Papers were served on *(date)*: _____ at *(time)*: _____

    b.  [X] By **Substituted service.** By leaving copies:

        1.  [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

        2.  [ ] **(business)** or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers.

        3.  [ ] Papers were served on *(date)*: _____ at *(time)*: _____

        4.  [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

        5.  [X] papers were mailed on (date): **JUNE 18, 2009**

        6.  [ ] **due diligence:** I made at least three (3) attempts to personally serve the defendant.

---

CV-1 (04/01)          **PROOF OF SERVICE - SUMMONS AND COMPLAINT**          EXHIBIT "E"   PAGE 1   CCD-1B

25

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h))** **(C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service): _____

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served: _____

Title of person served: _____

Date and time of service: *(date):* _____ at *(time):* _____

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

KAREN L. RASCH -- (760) 564-3320

LAW OFFICES OF HOWARD L. RASCH

78-115 CALLE ESTADO, SUITE NO. 206

LA QUINTA, CALIFORNIA 92253-3919

a. Fee for service: $ _____

b. ☒ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: JUNE 18, 2009 _____

_____
*(Signature)*

KAREN L. RASCH

# Service of Subsequent Document Filings:

2:08-cv-02212-DDP-E Brian Blundell et al v. County of Los Angeles et al
(Ex), DISCOVERY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Rasch, Howard on 6/18/2009 at 6:05 PM PDT and filed on 6/18/2009

**Case Name:**        Brian Blundell et al v. County of Los Angeles et al
**Case Number:**      2:08-cv-2212
**Filer:**            Brian J Blundell
**Document Number:** 48

**Docket Text:**
**PROOF OF SERVICE filed by plaintiff Brian J Blundell, served on June 18, 2009. (Rasch, Howard)**

### 2:08-cv-2212 Notice has been electronically mailed to:

Elizabeth M Kessel    emkessel@kesselaw.com, attyliz2003@yahoo.com, kesselaw@kesselaw.com

Scott E Boyer    seboyer@kesselaw.com, kesselaw@kesselaw.com

### 2:08-cv-2212 Notice has been delivered by First Class U. S. Mail or by fax to: :

Howard L Rasch
Howard L Rasch Law Offices
ATTORNEY HAS NOT CONSENTED TO ELECTRONIC SERVICE
78-115 Calle Estado Suite 206
La Quinta, CA 92253

The following document(s) are associated with this transaction:

**Document description:**Main Document

EXHIBIT " *E* " 27

**Original filename:**E:\BAGGIO POS OF SUMMONS & COMPLAINT.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=6/18/2009] [FileNumber=7966438-0]
[b4514755b7e9aefd8a5863ae6407c69f4c2a237ea7da46666f16db653e0360cedaea
a25703416e2bed6be3ec724eba72232199910a8e12f108958cd8ac33cac2]]

EXHIBIT " *E* " 28

## PROOF OF SERVICE BY MAIL (F.R.C.P., RULE 5(B))

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I am employed in the County of Riverside, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 78-115 Calle Estado, Suite No. 206, La Quinta, California, 92253-3919.

On July 28, 2009, I caused to be served the foregoing documents described as **PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS THE COMPLAINT FOR FAILURE TO PROSECUTE; FAILURE TO COMPLY WITH COURT ORDER; AND INSUFFICIENT SERVICE OF PROCESS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF HOWARD L. RASCH IN SUPPORT THEREOF** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope as follows:

> Elizabeth M. Kessel, Esq.
> Scott E. Boyer, Esq.
> KESSEL & ASSOCIATES
> 2410 Beverly Boulevard
> Los Angeles, California    90057

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service in the box located at 78-115 Calle Estado, La Quinta, California, on the same day as the correspondence is dated in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

EXECUTED on July 28, 2009, at La Quinta, California.

KAREN L. RASCH