**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN J. BLUNDELL, et al., ) | NO. CV 08-2212-DDP(Ex) |
| Plaintiff, ) | |
| v. ) | ORDER ADOPTING FINDINGS, |
| COUNTY OF LOS ANGELES, et al.,) | CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. ) | OF UNITED STATES MAGISTRATE JUDGE |
| _____ ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Plaintiff's claims against the County of Los Angeles are dismissed with prejudice.

///

///

///

///

1    IT IS FURTHER ORDERED that Michael L. DeFrank, counsel for Plaintiff, shall pay to the County of Los Angeles the total sum of $1,181.00 within thirty (30) days of the date of this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Magistrate Judge's Report and Recommendation by United States mail on all counsel of record.

DATED: January 29, 2010.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE