Elizabeth M. Kessel, Esq. (SBN 128206)
Scott E. Boyer, Esq. (SBN 203813)
KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057
Tel: (213) 383-2800; Fax: (213) 382-9529
Kesselaw@Kesselaw.com

JS-6

Attorneys for Defendants, COUNTY OF LOS ANGELES, JIM HILL, ERICA EDELMAN, RANDALL HARRIS, VALERIE STEELE, RICHARD GIRGADO

Attorneys for Specially Appearing Defendants, MICHELLE LLORENS, JAN WILLIAMS, ALISON WILLIS, JOSEPH LOTTA, VALERE BAGGIO, KRISTINE AMIN, VICTORIA COLLIGAN

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN J. BLUNDELL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; VICTORIA COLLIGAN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; KRISTINE AMIN, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; MICHELLE LLORNES, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; JAN WILLIAMS, Individually And In Her Official Capacity As A Supervisor For Los Angeles | CASE NO. CV08-02212 DDP (Ex)<br><br>Action filed: April 3, 2008<br>Assigned to: Hon. Dean D. Pregerson<br><br>Courtroom: 3<br><br>**JUDGMENT** |

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800

County Department Of Public Social Services/Childrens Services; ALISON WILLIS, Individually And In Her Official Capacity As A Supervisor For Los Angeles County Department Of Public Social Services/ Childrens Services; JOSEPH LOTTA, Individually And In His Official Capacity As A Supervisor for Los Angeles County Department Of Public Social Services/Childrens Services; VALERIE BAGGIO, Individually And In Her Official Capacity As A Social/Case Worker Of Los Angeles County Department Of Public Social Services/Childrens Services; JIM HILL, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; RICHARD GIRGADO, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; ERICA EDELMAN, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; RANDALL HARRIS, Individually And In His Official Capacity As A Deputy County Counsel of Los Angeles County; VALERIE STEELE, Individually And In Her Official Capacity As A Deputy County Counsel of Los Angeles County; PATRICIA PLOEHN, Individually And In Her Official Capacity As A Director Of Los Angeles County Department Of Public Social Services/Childrens Services; and DOES 1 through 20, Inclusive,

Defendants.

On January 29, 2010, the Court issued an Order adopting the findings, conclusions and recommendations of the Magistrate Judge on the County of Los Angeles' motion for

terminating sanctions and ordered plaintiff's claims against the County of Los Angeles are dismissed with prejudice.

On November 25, 2009, the Court issued an Order granting the motions for summary judgment of defendants Jim Hill, Richard Girgado, Erica Edelman, Randall Harris, and Valerie Steele.

On August 12, 2009, the Court issued an Order granting the motion to dismiss of defendants Michelle Llorens, Jan Williams, Alison Willis, Joseph Lotta, Valere Baggio, Kristine Amin, and Victoria Colligan and ordered the case dismissed against these defendants.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the plaintiff take nothing, that the action be dismissed with prejudice and that defendant County of Los Angeles is entitled to costs pursuant to Fed.R.Civ.P. 54(d) and L.R. 54.

Dated: February 03, 2010

Honorable Dean D. Pregerson
United States District Judge

KESSEL & ASSOCIATES
2410 Beverly Boulevard
Los Angeles, California 90057-1000
Tel. No.: (213) 383-2800